UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS L. REMPFER, *et al.*,              :
                                          :
    Plaintiffs,                          :
                                          :
  v.                                      :     Civil Action No. 05-2350 (JR)
                                          :
U.S. DEPARTMENT OF AIR FORCE              :
BOARD FOR CORRECTION OF MILITARY          :
RECORDS, *et al.*,                        :
                                          :
    Defendants.                          :

**ORDER**

The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on December 1, 2006, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

                                            JAMES ROBERTSON
                                 United States District Judge