UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER <u>et al.</u> | * |
| | * |
|     Plaintiffs, | * |
| | * |
|         v. | *    Civil Action No. 05-2350 |
| | * |
| U.S. DEPARTMENT OF AIR FORCE | * |
| BOARD FOR CORRECTION OF | * |
| MILITARY RECORDS <u>et al.</u> | * |
| | * |
|     Defendants. | * |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**<u>PLAINTIFFS' NOTICE OF FILING OF PROOF OF SERVICE</u>**

Pursuant to this Court's Order dated October 31, 2006, regarding proof of service, the plaintiffs, by and through their undersigned counsel, hereby submit said proof pursuant to Rule 4 of the Federal Rules of Civil Procedure.

The defendant U.S. Department of Air Force Board of Correction of Military Records was served on October 23, 2006; the defendant U.S Department of Air Force was served on October 18, 2006, the U.S. Attorney's Office for the District of Columbia was served on October 17, 2006 (thus, the 60 day deadline for response expires on December 17, 2006) and the U.S. Department of Justice was served on October 16, 2006. <u>See</u> Exhibit "1".

2

Date:   November 27, 2006

                                              Respectfully submitted,

                                                    /s/

                                            _____
                                            Mark S. Zaid, Esq.
                                            D.C. Bar #440532
                                            Mark S. Zaid, P.C.
                                            1920 N Street, N.W., Suite 300
                                            Washington, DC 20036
                                            (202) 454-2809
                                            (202) 293-4827 fax
                                            ZaidMS@aol.com

                                            Attorney For The Plaintiffs