UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF THE AIR ) | |
| FORCE BOARD FOR THE CORRECTION OF ) | |
| MILITARY RECORDS, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of defendants' response to plaintiffs' response to the Court's Order of October 31, 2006, it is, hereby, this _____ day of December, 2006,

ORDERED, that defendants' may file a response to plaintiffs' complaint in the above captioned case on, or before, February 12, 2007.

_____
James Robertson
United States District Judge

5