UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, et al., )<br>　　　Plaintiffs, )<br>　)<br>　) Civil Action No. 05-2350 (JR)<br>v. )<br>　)<br>UNITED STATES DEPARTMENT OF THE AIR )<br>FORCE BOARD FOR THE CORRECTION OF )<br>MILITARY RECORDS, et al., )<br>　　　Defendants. )<br>　) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan E. Zimmerman will appear in this action on behalf of defendants as counsel. Mr. Zimmerman may be reached by phone at (202) 353-0441. Faxes should be sent to (202) 318-7610.

Dated: December 14, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_____/s/_____
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6134
Washington, D.C., 20001
Tel: (202) 353-0441 / Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov
*Attorneys for Defendant*