UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS L. REMPFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 05-2350 |
| | * | |
| U.S. DEPARTMENT OF AIR FORCE BOARD FOR CORRECTION OF MILITARY RECORDS et al. | * * * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF POSITION
REGARDING DEFENDANTS' RESPONSE**

On December 14, 2006, the defendants filed a Response to Plaintiffs' Response to the Court's Order dated October 31, 2006, regarding proof of service. Therein the defendants indicated that, although certain concerns existed regarding service, they would be willing to forgo any potential objections and proceed to responding to the Complaint on or before February 12, 2007. At the time the plaintiffs had not yet determined their response.

This is to inform the Court that the plaintiffs consent to the defendants' request.[1]

---

[1] In light of the plaintiffs' consent it is presumably unnecessary to respond to the defendants' perceived objections. However, plaintiffs' counsel does wish to note that the address utilized for service upon the U.S. Attorney's Office was the one supplied by the Clerk's Office. Counsel confirmed with the primary filing clerk that, as far as the Clerk's Office is concerned, the plaintiffs used the correct address. The defendants' counsel has been alerted to this fact so that the matter can be clarified.

2

Date:   December 18, 2006

                                          Respectfully submitted,

                                              /s/

                                        _____
                                        Mark S. Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1920 N Street, N.W., Suite 300
                                        Washington, DC 20036
                                        (202) 454-2809
                                        (202) 293-4827 fax
                                        ZaidMS@aol.com

                                        Attorney For The Plaintiffs