# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| THOMAS L. REMPFER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-2350 (JR) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE AIR FORCE BOARD FOR THE | ) | |
| CORRECTION OF MILITARY RECORDS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME
### AND SUPPORTING POINTS AND AUTHORITIES

Pursuant to Fed. R. Civ. P. 6(b), and for the reasons set forth below, defendants, the United States Department of the Air Force Board for the Correction of Military Records ("AFBCMR"), the United States Department of the Air Force ("AF"), the United States Department of Defense ("DoD"), and the United States of America, through undersigned counsel, hereby move for a twenty-eight day (28) day extension of time, until March 12, 2007, to respond to plaintiffs' Complaint. Defendants' response to plaintiffs' Complaint is currently due on February 12, 2007. Pursuant to Local Civil Rule 7.1(m), undersigned counsel contacted plaintiffs' counsel and he stated that plaintiffs do not oppose this motion.

Good cause exists for this motion. Plaintiffs' Complaint raises a number of issues related to plaintiffs' employment with the Connecticut Air National Guard, and the AF's anthrax inoculation program. In response, defendants intend to move to dismiss or in the alternative for summary judgment. Due to the legal issues in this case and competing demands on the time and

resources of undersigned counsel and AF employees, an additional twenty-eight days is requested to complete the defendants' motion to dismiss or in the alternative for summary judgment. This is the first motion for an extension of time defendants have filed in this case. There are no other deadlines currently scheduled by the Court. Thus, this extension will not affect any other previously scheduled deadline. Finally, this extension will not result in prejudice to any party and plaintiffs have consented to this request for an extension.

WHEREFORE, defendants respectfully request that this Court grant a twenty-eight day extension of time to respond to plaintiffs' Complaint in the above captioned case.

Dated: February 6, 2007              Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                     JEFFREY A. TAYLOR
                                     United States Attorney

                                     VINCENT GARVEY
                                     Deputy Branch Director

                                     _____/s/_____
                                     Jonathan E. Zimmerman (MA Bar #654255)
                                     Trial Attorney
                                     U.S. Department of Justice
                                     Civil Division, Federal Programs Branch
                                     20 Massachusetts Ave., N.W., Room 6134
                                     Washington, D.C., 20001
                                     Telephone: (202) 353-0441 / Fax: (202) 318-7610
                                     jonathan.zimmerman@usdoj.gov
                                     *Attorneys for Defendants*