# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
THOMAS L. REMPFER, et al.,                          )
                                                    )
   Plaintiffs,                       )
                                                    )  Civil Action No. 05-2350 (JR)
  v.                                       )
                                                    )
UNITED STATES DEPARTMENT                             )
OF THE AIR FORCE BOARD FOR THE                       )
CORRECTION OF MILITARY RECORDS, et al.,              )
                                                    )
   Defendants.                        )
_____)

## ORDER

Upon consideration of defendants' motion for a twenty-eight day extension of time to respond to plaintiffs' Complaint, there being no opposition thereto, it is, this _____ day of February, 2007,

ORDERED, that defendants' motion for a twenty-eight day extension of time to respond to plaintiffs' Complaint is granted; and it is

FURTHER ORDERED, that defendants shall file a response to plaintiffs' Complaint on, or before, March 12, 2007.

          _____
             James Robertson
            United States District Judge