UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT  )<br>OF THE AIR FORCE BOARD FOR THE  )<br>CORRECTION OF MILITARY RECORDS, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 05-2350 (JR) |

# EXHIBIT 3

to Defendants' Motion to Dismiss

No. 05-396C
(Judge Mary Ellen Coster Williams)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS L. REMPFER and RUSSELL E. DINGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S APPENDIX TO ITS MOTION TO DISMISS

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES M. KINSELLA
Deputy Director

OF COUNSEL:

LT COL P. CHRISTOPHER CLARK
Air Force Legal Services Agency
General Litigation Division
1501 Wilson Blvd., 7th Floor
Arlington, VA 22209-2403

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
    Attn: Classification Unit
    8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

May 20, 2005

Attorneys For Defendant

# **INDEX TO APPENDIX**

Document                                                                                                         Page

Mr. Rempfer's Application for Ready Reserve Assignment, AF Form 1288
    December 22, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Discharge Order, State of Connecticut, Captain Thomas Rempfer,
    23 February 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Discharge Order, State of Connecticut, Major Russell Dingle,
    23 March 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Notification of Eligibility for Retired Pay at Age 60, Major Russell E. Dingle
    9 April 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Application For Transfer To Retired Reserve, Major Russell Dingle
    21 March 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Retirement Order, 29 May 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Declaration of Chief Master Sergeant Kristine C. Shaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Declaration of Brigadier General Daniel R. Scace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Extract, National Guard Regulation (AR) 600-100, 15 April 1994, <u>Commissioned Officers -
    Federal Recognition And Related Personnel Action</u>, ¶ 2-2 . . . . . . . . . . . . . . . . . . . . . . 11

04/28/2005 12:07 17813775706 66 MSS/DPM PAGE 02
04/28/2005 11:42 937-257-4031 AFMC CCV PAGE 01
Feb 22 99 04:05p 66 MSS/DPMR 781-377-4288 P.5

Case 1:05-cv-02350-JR   Document 11-4   Filed 03/12/2007   Page 4 of 17

# APPLICATION FOR READY RESERVE ASSIGNMENT

## PRIVACY ACT STATEMENT

**AUTHORITY:** U.S.C. 275 and Executive Order 9397.
**PRINCIPAL PURPOSES:** Request for Ready Reserve assignment must contain current personal information to complete processing. Use of the member's social security number is necessary to make positive identification of the individual and his or her records.
**ROUTINE USES:** This information may be disclosed, upon request, to Federal, State, and local agencies for law enforcement purposes or in pursuit of their official duties and to the Department of Justice for litigation.
**DISCLOSURE IS VOLUNTARY:** An individual who chooses not to submit necessary documentation will not be eligible for Ready Reserve assignment.

**INSTRUCTIONS:** Complete the application in duplicate. If you need additional space for any item, attach another sheet which indicates the applicable item number(s).

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle Initial) | Rempfer, Thomas L. |
| 2. GRADE | O-3 |
| 3. DATE OF GRADE | 27 May 1991 |
| 4. SSN | [redacted]7 |
| 5. HOME ADDRESS | 3811 Phelps Rd. West Suffield, CT 06093 |
| 6. PHONE | Office 860-668-1513 / Home 860-668-1512 |
| 7. AFSC | Primary 011F3B / Add'l K011F3M/011F3H |
| 8. DATE OF BIRTH | 25 April 1965 |
| 9. HEIGHT (inches) | 67 |
| 10. WEIGHT | 150 |
| 11. % DISABILITY COMP REC'D | n/a |
| 12. OFFICER | REGULAR / RESERVE X — DATE OF ORIGINAL COMMISSION 27 May 1987 |
| 13. AIRMAN (ETS) | n/a |

**14. Remarks/Aeronautical Rating:**
"I have been counseled on the Air Force Direct Deposit/Electronic Funds Transfer." TR
"I certify that I have / have not misused any government travel charge card (used for other than official government travel), or been seriously delinquent (payments not received by card issuer within 60 days from the billing date). I understand if I make a fraudulent statement, I am subject to immediate discharge action." TR

**15. PRESENT ASSIGNMENT AND ATTACHMENT:**
Conn. Air National Guard
118FS
100 Nicholson Rd.
E. Granby, CT 06026

**16. ASSIGNMENT DESIRED:**
USAFR, Category B, IMA, Hanscom AFB, MA
EFX Program
or
ALO Liaison Officer in Conn.

**17. MILITARY SCHOOLS ATTENDED:**
USAFA, BS, 1983-87
SOS, In residence, 1995

**18. MILITARY EXPERIENCE:**
011F3H - F16A,B,C,D,CG Pilot in Korea, US.
011F3B - A/OA-10 Pilot, Foward Air Control.
K011F3M - F-117A Instructor Pilot
011A3K - C-130E Aircraft Commander

**19. CIVILIAN EDUCATION:**
n/a
USAFA, BS International Affairs. Grad: May87
"Distinguished Graduate"

**20. CIVILIAN EXPERIENCE:**
American Airlines Flight Officer - DC10
American Eagle First Officer - ATR-42
American Airlines First Officer - MD-80

**21.** FOR INDIVIDUALS REQUESTING ASSIGNMENT TO A TRAINING SITE BEYOND 100 MILES OR 2 HOURS ONE-WAY DRIVING TIME (AFI 36-2115). I acknowledge my responsibility for any hardships, including financial, incurred in performing the duties of the assignment. I understand I will not be reimbursed for travel expenses incurred for inactive duty training. — APPLICANT'S INITIALS: TR

**22.** FOR ALL INDIVIDUALS REQUESTING ASSIGNMENT TO A CATEGORY "A" UNIT OR IMA POSITION, I certify that I have/have not had a UIA established on me within the last 5 years. I understand that if I make a fraudulent statement I am subject to immediate discharge action. — APPLICANT'S INITIALS: TR

I CERTIFY THAT THE DATA CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I ALSO ACKNOWLEDGE THAT UPON MY ASSIGNMENT TO THE READY RESERVE, I AM RESPONSIBLE TO NOTIFY MY EMPLOYER OF MY READY RESERVE STATUS AND THAT AS A READY RESERVIST, I SHALL BE SUBJECT TO INVOLUNTARY ORDER TO ACTIVE DUTY IN TIME OF WAR OR NATIONAL EMERGENCY DECLARED BY THE CONGRESS, A NATIONAL EMERGENCY DECLARED BY THE PRESIDENT, OR WHEN OTHERWISE AUTHORIZED BY LAW.

**22. SIGNATURE OF APPLICANT:** [signature]
**23. DATE:** 22 DEC 98

AF FORM 1288, JUN 97 (EF-V1) (PerFO)   1   TIONS ARE OBSOLETE

**FIRST INDORSEMENT**

| TO | FROM |
|---|---|
| 118 FS/CC | OL AW AFRCRCS (USAF RESERVE RECRUITING)<br>3 Robins St., Hanscom AFB, MA 01731-1702 |

RECOMMEND [X] APPROVAL  [ ] DISAPPROVAL (State reason(s) in the "REMARKS" section.)  UIF [ ] YES [X] NO

REMARKS: Recommended for continued military service.

NAME AND TITLE (Please type): John J. Swift, USAF, LtCol. 118 FS Commander CT ANG
SIGNATURE: [signed]
DATE: 22 Dec 98

**SECOND INDORSEMENT**

| TO | FROM |
|---|---|
| HQ ARPC/DPRA<br>DENVER, CO 80280 | HQ AFMC/CCV<br>WRIGHT-PATTERSON AFB OH 45433 |

RECOMMEND [XX] APPROVAL (Furnish assignment date)  [ ] DISAPPROVAL (State reason(s) in the "REMARKS" section.)

| AUTHORIZED GRADE | AUTHORIZED AFSC | FUNCTIONAL CODE | TRNG & RETIREMENT CATEGORY |
|---|---|---|---|
| CAPT | 063A3 | | CAT B/B |

| UNIT OR TYPE OF ASSIGNMENT | UNIT [XX] | MA [ ] | RD [ ] | OTHER (Specify) |
|---|---|---|---|---|

| RESERVE SECTION CODE | DUTY POSITION NUMBER | ASSIGNMENT LOCATION |
|---|---|---|
| MC | 0032825 | ESC/FXE, HANSCOM AFB, MA 01731 |

| UNIT OF ATTACHMENT | REPORTING OFFICIAL (Name and SSN) | DSN 478-3591 |
|---|---|---|
| ESC/FXE, HANSCOM AFB, MA | LTC MICHAEL STOCKWELL ███ | |

| PAS | UNIT OF ATTACHMENT PAS |
|---|---|
| 961MFB59 | LK1MFB59 |

| EDCSA | RECRUITER ID CODE | RECRUITER DUTY PHONE 478 |
|---|---|---|
| | W5HO04D/004D | DSN 478-4461  Fax: 9182 |

| GRADE WAIVER | [ ] YES | [ ] NO | AUTH | COMMERCIAL (781)377-4461 |
|---|---|---|---|---|

REMARKS: Please provide this office 66 MSS/DPMR, 20 Schilling Circle, Hanscom AFB MA 01731 with a copy of orders. DSN 478-2782

***DUTY TITLE** JEFX S-DM-S Asst Ops Chief

NAME AND TITLE (Please type): R. A. CIAMPA, Personnel Management Specialist
SIGNATURE: [signed]
DATE: 23 Jul 99

**THIRD INDORSEMENT** (Do not include assignment data except to correct original data)

| TO | FROM |
|---|---|
| | OL AW AFRCRCS<br>3 Robins St., Bldg1721 Hanscom AFB MA 01731-1702 |

[X] RECOMMEND  [X] APPROVAL  [ ] DISAPPROVAL (State reason(s) in the "REMARKS" section.)

REMARKS:

NAME AND TITLE (Please type): ED DEMORE, MSgt, USAF In-Service Recruiter
SIGNATURE: [signed]
DATE: 29 Dec 98

**FOURTH INDORSEMENT** (Do not include assignment data except to correct original data)

| TO | FROM |
|---|---|
| | |

[ ] RECOMMEND  [ ] APPROVAL  [ ] DISAPPROVAL (State reason(s) in the "REMARKS" section.)

REMARKS:

NAME AND TITLE (Please type):
SIGNATURE:
DATE:

AF FORM 1288, JUN 97 (REVERSE) (EF-V1)

2

STATE OF CONNECTICUT
MILITARY DEPARTMENT
OFFICE OF THE ADJUTANT GENERAL
NATIONAL GUARD ARMORY, HARTFORD, CT 06105-3795

Personal Data-Privacy Act of 1974 (5 USC 552a)

SPECIAL ORDER                                                                                23 February 1999
AD-048

**CAPTAIN THOMAS L. REMPFE**▉▉▉▉▉**-76**▉ (Mailing Address: 3811 Phelps Road, West Suffield, CT 06093), is relieved from assignment with the 118th Fighter Squadron, PAS CODE: B71CFL3B, Bradley ANG Base, 100 Nicholson Road, East Granby, CT 06026-9309, and is honorably discharged from the CTANG effective **11 March 1999** and transferred to 9001st ARS, Denver, CO 06093, effective **12 March 1999**. Authority: ANGR 36-05. SPD: MNF

BY THE ORDER OF THE GOVERNOR

OFFICIAL                                                                   DAVID W. GAY
                                                                            Major General
                                                                            The Adjutant General

*[signature]*

ALDOR J. DUBOIS, COL, CTANG                             DISTRIBUTION:
Executive Support Staff Officer                              5 - Individual
                                                                            1 - MPRG
                                                                            1 - HQ CTANG/ROM
                                                                            1 - HQ ARPC/DSMP
                                                                            1 - 118 FS/CC
                                                                            1 - 103 MSF/DPMPE
                                                                            1 - 103 LS/LGSD
                                                                            1 - 103 FW/FM
                                                                            1 - State Library

AD-048

3

## STATE OF CONNECTICUT
## MILITARY DEPARTMENT
## OFFICE OF THE ADJUTANT GENERAL
## NATIONAL GUARD ARMORY, HARTFORD, CT 06105-3795

Personal Data-Privacy Act of 1974 (5 USC 552a)

SPECIAL ORDER                                                                23 March 1999
AD-068

**MAJOR RUSSELL E. DINGL**[redacted]ailing Address: 71 Shaughnessy Drive, East Hartford, CT 06118), is relieved from assignment with the 103d Operations Support Flight, PAS CODE: B71CFHLJ Bradley ANG Base, 100 Nicholson Road, East Granby, CT 06026-9309, and is honorably discharged from the CTANG effective **3 April 1999** and transferred to HQ USAFA/RRPRA, 9001st ARS, Denver, CO 80280, effective **4 April 1999**. Authority: ANGR 36-05. SPD: MNF

BY THE ORDER OF THE GOVERNOR

OFFICIAL

*[signature]*

ALDOR J. DUBOIS, COL, CTANG
Executive Support Staff Officer

DAVID W. GAY
Major General
The Adjutant General

DISTRIBUTION:
5 - Individual
1 - MPRG
1 - HQ CTANG/ROM
1 - HQ ARPC/DSMP
1 - 118 FS/CC
1 - 103 MSF/DPMPE
1 - 103 LS/LGSD
1 - 103 FW/FM
1 - State Library

AD-068

4



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AIR RESERVE PERSONNEL CENTER

9 APR 2002

MEMORANDUM FOR MAJ RUSSELL E DINGLE, USAFR
 71 SHAUGHNESSY DRIVE
 EAST HARTFORT CT 06118-2367

FROM: HQ ARPC/DPPR
 6760 E Irvington Pl #1900
 Denver CO 80280-1900

SUBJECT: Notification of Eligibility for Retired Pay at Age 60

1. You have completed the required years of service under the provisions of Title 10, United States Code (U.S.C.), Section 12731, and you will be entitled to retired pay upon application at age 60. Your eligibility for retired pay may not be denied or revoked on the basis of any error, unless it resulted directly from fraud or misrepresentation on your part. However, the number of years of creditable service and retirement points upon which retired pay is computed may be adjusted to correct any error. If a correction is made, your retired pay will be adjusted accordingly.

2. You are eligible to participate in the Reserve Component Survivor Benefit Plan (RCSBP). You should receive detailed information on RCSBP by certified mail within 30 days. This plan permits you to provide a monthly annuity to your designated beneficiaries in the event of your death.

3. In the event you become entitled under any other provision of law to retired pay from an Armed Force, or retainer pay from the Fleet Reserve or Fleet Marine Corps Reserve, you will no longer be entitled to retired pay under the provisions of Title 10, U.S.C., 12731 or coverage under RCSBP.

4. As of 28 JAN 2002, our records show you have accumulated 3805 points for retired pay. Additional retirement points accrued prior to age 60 will be credited to you. If you disagree with the points shown, identify the time period and submit documents to verify additional points.

CAROL GIVENS
Military Personnel Technician
Retirement Eligibility Division
Directorate of Personnel Program Management

5

7-2005 WED 07:44 AM HQ ARPC/AJR   Case 1:05-cv-02350-AJR   Document 11-4   Filed 03/12/2007   FAX NO. 3036766586   Page 9 of 17   P. 07

04/15/2003  14:45   7193334200                    HQ USAFA/RRPA                                    PAGE  03
FEB-10-2003 MON 01:08 PM                          FAX NO.                                          P. 03

# APPLICATION FOR TRANSFER TO THE RETIRED RESERVE

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C., Chapters 11, 31, 35, 61, 69, 67, 67, 69, 837, 863, and 869; and Executive Order 9397.
**PRINCIPAL PURPOSE:** To process application for transfer to the Retired Reserve.
**ROUTINE USE:** None.
**DISCLOSURE IS VOLUNTARY:** Refusal to divulge information may delay or halt transfer to the Retired Reserve. Social Security Number is necessary to ensure positive identification.

**TO:** HQ ARPC/DPAR
6760 E. Irvington Pl.
Denver, CO 80280-1900

**THRU:** HQ USAFA/RRPA
2304 Cadet Drive, Suite 215
USAF Academy, CO 80840-5025

### I. PERSONNEL DATA

| NAME (Last Name, First, MI) | CURRENT GRADE (If applicable) | SSN | HIGHEST GRADE HELD |
|---|---|---|---|
| DINGLE RUSSELL E | O5 | [REDACTED] | O5 |

| HOME ADDRESS | HOME PHONE NO. | UNIT ADDRESS | UNIT PHONE NO. |
|---|---|---|---|
| 71 SHAUGHNESSY DRIVE EAST HARTFORD CT 06118 | 860-568-8767 | 9001st Air Reserve Sq Denver, CO 80280 | 800-525-0102 |

### II. PROCESSING DATA

[X] A. REQUEST THAT I BE TRANSFERRED TO THE RETIRED RESERVE EFFECTIVE ON  **28 JUNE 2003  PER MAJCOM**

[ ] B. REQUEST THAT I BE REAPPOINTED AS A RESERVE OFFICER OF THE AIR FORCE FOR THE PURPOSE OF ASSIGNMENT TO THE RETIRED RESERVE AND PLACEMENT ON THE USAF RESERVE RETIRED LIST.

[ ] C. REQUEST THAT I BE DISCHARGED UNDER THE PROVISION OF AFI 36-3208 (Applicable to regular airmen requesting appointment as a Reserve officer for retirement under 10 U.S.C. 8911)

### III. AUTHENTICATION DATA

FOR COMPLETION OF III, IV, AND V REFER TO AFI 36-3208, CHAPTER 5.

| DATE OF REQUEST | SIGNATURE OF APPLICANT |
|---|---|
| 31 MARCH 03 | /s/ Russell E. Dingle |

### IV. RECOMMENDATION

[X] APPROVAL    [ ] DISAPPROVAL - JUSTIFICATION ATTACHED

| DATE | TYPED NAME, GRADE AND TITLE OF RECOMMENDING OFFICIAL | SIGNATURE |
|---|---|---|
| 24 Mar 03 | PERRY A. FORGIONE, LtCol, USAFR LOD-CT | /s/ Perry A. Forgione |

### V. RECOMMENDATION

[ ] APPROVAL    [ ] DISAPPROVAL - JUSTIFICATION ATTACHED

| DATE | TYPED NAME, GRADE AND TITLE OF RECOMMENDING OFFICIAL | SIGNATURE |
|---|---|---|
| 15 APR 03 | Ronald R. Ricchi, Jr., Lt Col, USAF Director of Enrollment Programs | /s/ Ronald R. Ricchi Jr |

### REMARKS

6

AF FORM 131, 19971201  (EF-V2)                                      PREVIOUS EDITION IS OBSOLETE

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR RESERVE PERSONNEL CENTER
DENVER COLORADO 80280-1500

RESERVE ORDER
EK-7016                                                      29 MAY 2003

LTC DINGLE RUSSELL E
71 SHAUGHNESSY DR
EAST HARTFORD CT 06118-2367

IS RELIEVED FROM CURRENT ASSIGNMENT, ASSIGNED TO THE RETIRED RESERVE SECTION AND PLACED ON THE USAF RESERVE RETIRED LIST EFFECTIVE AS INDICATED BELOW. ENTITLED TO ARMED FORCES IDENTIFICATION CARD, DD FORM 2 AF (RESERVE) (RED).

CURRENT ASSIGNMENT FROM WHICH RELIEVED

9001 ARS DENVER CO 80280                    (PAS: 963IF1ZQ)

DATE ASSIGNED TO                            RETIRED RESERVE SECTION: ZA
RETIRED RESERVE
  28 JUN 2003

DATE OF BIRTH: 11 AUG 1956                  RETIREMENT IDENTIFICATION CODE: X6

AUTHORITY: AFI 36-3209, CHAPTER 5

REASON: ELIGIBLE FOR RETIRED PAY UNDER 10 USC 12731, EXCEPT FOR ATTAINMENT OF AGE 60.

REMARKS: TRANSFER TO RETIRED RESERVE PRECLUDES FURTHER PROMOTION/PROMOTION CONSIDERATION.

PAY GRADE AT AGE 60 = (05) LIEUTENANT COLONEL

FOR THE COMMANDER

OFFICIAL

CAROLE B. PACKHAM                           DISTRIBUTION
CHIEF, RETIREMENT ELIGIBILITY DIVISION      EK
DIRECTORATE OF PERSONNEL
  PROGRAM MANAGEMENT

RO EK-7016

7

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
JOINT FORCE HEADQUARTERS, CONNECTICUT
NATIONAL GUARD ARMORY
555 WILLARD AVENUE
NEWINGTON, CONNECTICUT 06111

## Declaration of Chief Master Sergeant ("CMSgt") Kristine C. Shaw

I am CMSgt Kristine C. Shaw. I am assigned to the Headquarters Connecticut Air National Guard (HQ CTANG"), Newington, CT, and serve as Military Personnel Manager for Connecticut.

From 1991 until December 1999, I was the Noncommissioned Officer in Charge ("NCOIC") of Career Enhancement, Bradley ANG Base, CT. As the NCOIC, I managed all officer and enlisted enhancement actions for ANG members assigned to Bradley ANG Base. These actions included, but were not limited to, retirements, officer appointments/separations, and transfers.

In order to transfer from the CTANG to the Air Force Reserve, the member submits an AF Form 1288, "Application for Ready Reserve Transfer." Although rarely used, it is also acceptable to submit a DD Form 368, "Request for Conditional Release." The member fills out the form, to include the assignment desired (gaining position), and the request is processed. My former office would send the AF Form 1288 (or in some cases the DD Form 368) to HQ CTANG for final action

I do not specifically recall seeing an AF Form 1288 or DD Form 368 from either Thomas L. Rempfer or Russell E. Dingle. However, I have looked at the respective orders discharging them from the CT ANG and transferring them to the Air Force Reserve (Special Order AD-048 and Special Order AD-068) and can state with certainty that each had to submit either one or the other. I am positive of this, as the AF Form 1288 and DD Form 368 are the only two source documents for the information contained on the Special Orders published by HQ CTANG, such

as the gaining unit of assignment and PAS Code. This was the process when I left my former position and it is the process we still use today in my current position at HQ CTANG.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May, 2005, at Newington, CT.

*[signature]*
KRISTINE C. SHAW



**DEPARTMENTS OF THE ARMY AND AIR FORCE**
CONNECTICUT NATIONAL GUARD
JOINT FORCES HEADQUARTERS - CONNECTICUT
360 BROAD STREET
HARTFORD, CONNECTICUT 06105-3795

## Declaration of Brigadier General Daniel R. Scace

I am Brigadier General Daniel R. Scace. I am assigned as Chief of Staff for the Connecticut Air National Guard ("CTANG"), Hartford, CT.

From 1997 to May 2000, I served as the Vice Wing Commander for the 103rd Fighter Wing, Bradley ANG Base, Conn. As Vice Wing Commander, I was second in command at Bradley ANG Base.

I am familiar with Thomas L. Rempfer and Russell E. Dingle, as they were part of a group of approximately ten CTANG officers at Bradley ANG Base who did not want to be inoculated pursuant to DoD's Anthrax Vaccine Immunization Program (AVIP). Ultimately, these officers either resigned their commissions or submitted AF Form 1288s to transfer from the CTANG to the Air Force Reserve. This command took no disciplinary action against any of these officers for their refusal to comply with AVIP prior to (or after) their resignation or transfer from the CTANG.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2005, at Hartford, CT.

*[signature]*
DANIEL R. SCACE
Brigadier General
Chief of Staff
Connecticut Air National Guard

Subscribed, sworn to and acknowledged before me by the said Daniel R. Scace, Declarant, this 17th day of May, 2005.

*[signature]*
TIMOTHY J. TOMCHO
CPT, Judge Advocate
Connecticut National Guard

**10**

HEADQUARTERS  
DEPARTMENT OF THE ARMY  
Washington, DC  20310-2500  
15 April 1994

*NATIONAL GUARD REGULATION (AR) 600-100

Personnel • General

## COMMISSIONED OFFICERS • FEDERAL RECOGNITION AND RELATED PERSONNEL ACTIONS

**Summary.** This regulation provides procedures for processing all applications for Federal recognition, waivers, revises the list of documents required for appointment, gives new policy on the Early Commissioning Program, announces new policy dealing with civilian and military education requirements, changes special branch assignment policies, changes special branch promotion policies, changes general officer management policies, incorporates NGR 600-4 as it pertains to commissioned and general officers and adds appendix H, appendix I, and appendix J.

**Applicability.** This regulation applies to the Army National Guard (ARNG).

**Internal control systems.** This regulation is not subject to the requirements of AR 11-2. It does not contain internal control provisions.

**Supplementation.** Supplementation of this regulation is prohibited without prior approval from the Chief, National Guard Bureau, ARNG Readiness Center, ATTN: NGB-ARP-PO, 111 South George Mason Drive, Arlington, Virginia 22204-1382.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Chief, Administrative Services, National Guard Bureau. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested improvements.** Users of this regulation are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to NGB-ARP-PO.

Contents *(Listed by para number)*

| | Para | | Para |
|---|---|---|---|
| **Chapter 1** | | Certificate of Eligibility | 2-12 |
| Introduction | | Temporary Federal recognition of ARNG | |
| Purpose | 1-1 | Appointments | 2-13 |
| References | 1-2 | | |
| Explanation of abbreviations and terms | 1-3 | **Chapter 3** | |
| Responsibilities | 1-4 | Processing Applications for Appointment and Federal Recognition | |
| Policy | 1-5 | Actions required by individual | 3-1 |
| Relative rank | 1-6 | Actions required by immediate commander | 3-2 |
| Appointment grade | 1-7 | Actions required by intermediate commander | 3-3 |
| | | Actions required by The Adjutant General | 3-4 |
| **Chapter 2** | | Categories requiring Federal recognition board action | 3-5 |
| Appointments | | | |
| Appointment | 2-1 | Categories not requiring Federal recognition board action | 3-6 |
| Policy | 2-2 | | |
| Exercise of mmmand | 2-3 | Procedures for Federal recognition board | 3-7 |
| Wearing of the uniform and insignia | 2-4 | | |
| Appointment of Chiefs of State Military Departments | 2-5 | **Chapter 4** Assignments | |
| Appointment as a Reserve commissioned officer of the Army | 2-6 | General | 4-1 |
| Eligibility criteria | 2-7 | Active service | 4-2 |
| Persons ineligible for Federal recognition and waivers not authorized | 2-8 | Assignment policies | 4-3 |
| | | Limitation on assignments | 4-4 |
| Persons ineligible for Federal recognition unless waiver is granted | 2-9 | Assignment of commissioned officers to Army aviation positions | 4-5 |
| Waiver | 2-10 | Transfer of commissioned officers | 4-6 |
| Procurement sources | 2-11 | | |

*This regulation supersedes NGR 600-100, 15 November 1985 and NGR 600-4, 15 May 1978

**11**

NGR (AR) 600-100                                                            15 April 1994

|  | Para |
|---|---|
| Overstrength and additional TDA assignment policies | 4-7 |

**Chapter 5**
**Attachments**

| | |
|---|---|
| General | 5-1 |
| Attachment authority | 5-2 |
| Administration and records | 5-3 |

**Chapter 6**
**Branch Transfers, Area of Concentration (AOC), Functional Area Designation/Redesignation**

| | |
|---|---|
| Authority | 6-1 |
| Limitations | 6-2 |
| General policy and procedures for branch transfer, AOC and functional area designation/redesignation | 6-3 |
| Branch transfer | 6-4 |
| Exemption from Federal Recognition Board action | 6-5 |
| The Officer Personnel Classification Board | 6-6 |
| Educational stipulations and award of AOC/Functional Area Designation/Redesignation | 6-7 |
| Unit reorganization | 6-8 |
| AOC Qualifications | 6-9 |
| Personal appearance before the FRB or OPCB | 6-10 |

**Chapter 7**
**Duty Details**

| | |
|---|---|
| General | 7-1 |
| General staff with troops | 7-2 |
| Inspector General (IG) | 7-3 |
| Adjutant appointments | 7-4 |
| Aide-de-camp appointments | 7-5 |
| Detail appointment notification | 7-6 |

**Chapter 8**
**Promotion for Other Than General Officers**

*Section I*
*General*

| | |
|---|---|
| Responsibility | 8-1 |
| Promotion criteria | 8-2 |
| Promotion as a Reserve commissioned officer of the Army | 8-3 |
| Computation of promotion service | 8-4 |
| Personnel security screening | 8-5 |
| Wearing of insignia | 8-6 |

*Section II*
*Promotion to Fill Unit Vacancies*

| | |
|---|---|
| Eligibility for Promotion | 8-7 |
| Minimum years of promotion service | 8-8 |
| Military education requirements | 8-9 |
| Civilian education requirements | 8-10 |
| Federal Recognition Board Procedures | 8-11 |
| Required documents | 8-12 |
| Certificate of Eligibility for Promotion | 8-13 |

|  | Para |
|---|---|

*Section III*
*Mandatory Consideration for Promotion*

| | |
|---|---|
| Mandatory consideration for promotion as a Reserve of the Army | 8-14 |
| Federal recognition after selection for promotion as a Reserve of the Army | 8-15 |
| Declination of promotion as a Reserve of the Army | 8-16 |
| Delay of Promotion | 8-17 |
| Promotion of ARNGUS officers entering active duty and posthumous promotion | 8-18 |

*Section IV*
*Promotion of ARNG officers serving on Title 10 AGR tours*

| | |
|---|---|
| General | 8-19 |
| Procedures | 8-20 |

*Section V*
*Promotable Status*

| | |
|---|---|
| Promotable Status | 8-21 |

**Chapter 9**
**Civilian Education**

| | |
|---|---|
| General | 9-1 |
| Civilian education requirements | 9-2 |
| Civilian education goals | 9-3 |
| Civilian education documentation | 9-4 |
| Civilian education requirements for State OCS graduates | 9-5 |
| Civilian education requirements for direct appointment applications | 9-6 |
| Promotion | 9-7 |
| Transition period requirements | 9-8 |
| Montgomery GI Bill requirements | 9-9 |

**Chapter 10**
**Federal Recognition Boards For Other Than General Officers**

| | |
|---|---|
| General | 10-1 |
| Authority | 10-2 |
| Appointment | 10-3 |
| Composition | 10-4 |
| Board site | 10-5 |
| Notification to applicants | 10-6 |
| Procedure | 10-7 |
| Examination | 10-8 |
| Determination of qualifications of Army reserve officers | 10-9 |
| Appraisal of experience | 10-10 |
| Appraisal of promotion qualifications | 10-11 |
| Findings | 10-12 |
| Unanimity of recommendations | 10-13 |
| Reconsideration for Federal recognition | 10-14 |
| Procedures upon completion of examination by the board | 10-15 |
| Disposition of records | 10-16 |
| Actions required by Senior Army Adviser | 10-17 |
| Actions required by State Adjutant General | 10-18 |
| Actions by the Chief, National Guard Bureau | 10-19 |

15 April 1994                                                                                NGR (AR) 600-100

| | Para |
|---|---|
| **Chapter 11** | |
| **General Officers** | |
| Appointment and promotion authority | 11-1 |
| Appointment of Chiefs of State Military Departments | 11-2 |
| Federal recognition criteria for Chiefs of State Military Departments | 11-3 |
| Prerequisites for consideration for Federal recognition in general officer grades | 11-4 |
| Frocking | 11-5 |
| Prerequisites for consideration for Certificate of Eligibility for Federal recognition to or within general-officer grades | 11-6 |
| Limitations of Certificates of Eligibility | 11-7 |
| Recommendation Procedure and Documentation | 11-8 |
| General Officer Federal Recognition Board | 11-9 |
| Disposition of findings | 11-10 |
| Granting of Federal recognition | 11-11 |
| Date considered recommended for promotion | 11-12 |
| Reconsideration for Federal recognition in the same grade | 11-13 |
| Reassignment eligibility | 11-14 |
| AMEDD assignment limitations | 11-15 |
| **Chapter 12** | |
| **ROTC Early Commissioning Program** | |
| General | 12-1 |
| Eligibility for Appointment | 12-2 |
| Commissioning of Cadets | 12-3 |
| Applying for Federal Recognition | 12-4 |
| Military Personnel Records Jacket | 12-5 |
| Establishment and transfer of the OMPF and accessions into ARNGUS | 12-6 |
| Control of officer pending call to AD or IADT | 12-7 |
| Officer Basic Course training for officers commissioned under the Early Commissioning Program | 12-8 |
| **Chapter 13** | |
| **ARNG Simultaneous Membership Program (SMP)** | |
| *Section I* | |
| *Introdoction* | |
| Scope | 13-1 |
| *Section II* | |
| *SMP Eligibility, Requirements and Policy* | |
| SMP Eligibility, requirements, and policy | 13-2 |
| *Section III* | |
| *Policy* | |
| Policies applicable to enlisted personnel that take part in the SMP who are not enrolled in the ROTC Advanced Course | 13-3 |
| Policies applicable to persons enrolled in the ROTC Advanced Course but not members of the ARNG | 13-4 |
| Policies applicable to participants in the SMP | 13-5 |
| Policies applicable to ARNG members who conditionally contract into the ROTC Advanced Course | 13-6 |

| | Para |
|---|---|
| Policies applicable to officer trainees who have completed the ROTC Advanced Course | 13-7 |
| *Section IV* | |
| *Evaluation and Assignment* | |
| Evaluation of officer trainees | 13-8 |
| Assignment | 13-9 |
| *Section V - Training and Utilization* | |
| Training | 13-10 |
| Policy, Utilization of officer trainees | 13-11 |
| *Section VI* | |
| *Uniform, Subsistence, and Billeting* | |
| Uniform | 13-12 |
| Subsistence | 13-13 |
| Billeting | 13-14 |
| *Section VII* | |
| *Processing* | |
| General | 13-15 |
| Enlistment Procedures | 13-16 |
| Processing Soldiers dropped from potential SMP participation | 13-17 |
| Processing officer trainees who are disenrolled from or fail to complete the ROTC Advanced Course, fail to volunteer for ECP, fail to accept a commission, or fail to be tendered a commission | 13-18 |
| Processing officer trainees for ARNG discharge and reassignment to USAR Control Group (ROTC) | 13-19 |
| SIDPERS ARNG | 13-20 |
| Processing procedures for commissioning | 13-21 |
| Commissioned Status | 13-22 |

Appendixes
A. References
B. Documents required by NGB for Federal Recognition (for other than General Officers)
C. Documents Required for consideration for Federal Recognition to and within the grades of General
D. Format for Promotion Recommendations
E. List of Qualifying Courses for Military Education Requirements for Promotion
F. Commissioned Officer Branch/Functional Area Substitution Table
G. Branch and Functional Area Code Table
H. Biographical Summary Format
I. Instructions for processing applications for Chaplain and Judge Advocate General's Corps Branches
J. Instructions for processing applications for all Army Medical Department (AMEDD) Branches

Glossary

NGR *(AR)*600-100								15 April 1994

**Chapter 1**
**Introduction**

**1-1. Purpose**
This regulation prescribes policies and procedures governing the appointment, assignment, temporary Federal recognition, Federal recognition, reassignment, transfers between States, branch transfers, area of concentration designation, utilization, branch detail, attachment, and separation of commissioned officers of the Army National Guard (ARNG). Exceptions to this regulation will be considered on an individual basis; they will neither be considered as a precedent for changes in policy, nor blanket approval for future requests.

**1-2. References**
Related references are listed in appendix A of this regulation.

**1-3. Explanation of abbreviations and terms**
Abbreviations and special terms used in this regulation are explained in the glossary.

**1-4. Responsibilities**
  a. *National Guard Bureau (NGB).*
    *(1) Director, ARNG.* The Director, ARNG is responsible for the overall development and management of commissioned officers of the ARNG.
    *(2) Personnel Directorate (NGB-ARP).* The Personnel Directorate is the agent for the Director, ARNG, providing technical guidance on the overall development and management of commissioned officers of the ARNG, approving modifications *to* the system, and authorizing changes made by the States. No changes to the system are authorized to be made by the States without prior written approval. All changes must be approved at NGB.

  b. *State Activities.*
    *(1) State Adjutant General (AG).* The State AG will manage and develop commissioned officers at the State level.
    *(2) State Personnel Officer.* The State Personnel Officer will serve as the manager of the officers at the State level on behalf of the State AG. The State Personnel Officer will maintain personnel records, assign and utilize officers, and perform all actions required to support the personnel system.

**1-5. . Policy**
The officer personnel management system (OPMS) and policies through which the ARNG manages the officer corps must result in officers who are dedicated, competent, and aggressive leaders with high morals and integrity. The profession of arms requires a strong professional and ethical officer corps capable of making the decisions needed to sustain the excellence of the officer ranks. Personnel actions prescribed here as a result of these policies will be made without regard *to* race, color, religion, gender, or national origin. Special exceptions for classification and assignment of female officers are contained in AR 611-101 and paragraph 4-49 of this regulation.

**1-6. Relative rank**
Commissioned officers of the ARNG. when not on active duty in a Federal status, rank among themselves according *to* the laws of the State in which appointed. When commissioned officers of the ARNG enter on active duty under any provision of the law, they will rank among commissioned officers of the same grade who are on active duty according *to* the provisions of AR 600-20.

**1-7. Appointment grade**
Federal recognition and initial Reserve of the Army appointment will be limited to the grade of second lieutenant except for those individuals who are entitled to three or more years of service credit under Title 10, USC. section 3353. Service credit consists of the sum of any prior commissioned service credit awarded for advanced education, training, or special experience. Award of constructive service credit is limited to those commissioned officers seeking appointment in one of the special branches.

**Chapter 2**
**Appointments**

**2-1. Appointment**
Commissioned Officers of the ARNG are appointed by the several States under Article 1, Section 8, of the United States Constitution. These appointments may be federally recognized by the Chief, National Guard Bureau under such regulations as the Secretary of the Army may prescribe and under the provisions of this regulation. Officers who are federally recognized in a particular grade and branch shall be tendered an appointment in the same grade as Reserve commissioned officers of the Army with assignment to the Army National Guard of the United States (ARNGUS), as provided in Title 10, USC, sections 3351(a) and 3359, if they have not already accepted such appointment. Nonprior service personnel appointed in the ARNG incur a military service obligation as set forth in AR 135-91. Prior service personnel who are receiving service credit under Title 10, USC, section 3353, must have their Reserve of the Army grade determined IAW Title 10, USC, section 3359.

**2-2. Policy**
  a. The appointment of officers in the ARNG is a function of the State concerned, as distinguished from the Federal recognition of such appointment. Upon appointment in the ARNG of a State and subscribing *to* an oath of office, an individual has a State status under which *to* function. Such individuals acquire a Federal status when they are federally recognized and appointed as a Reserve of the Army.

  b. The effective date of Federal recognition for original appointment is that date on which the commissioned officer executes the oath of office in the State.