UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, et al., ) | |
| ) | |
| Defendants. ) | |

**[Proposed] ORDER**

Upon consideration of defendants' motion to dismiss, the opposition thereto, and the entire record herein, it is, this ____ day of _____, 2007,

ORDERED, that defendants' motion to dismiss is granted; and it is

FURTHER ORDERED, that plaintiffs' complaint is dismissed with prejudice.

_____
James Robertson
United States District Judge