UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORDS**

Defendants hereby file with this notice, two separate administrative records related to the above captioned case. Due to the size of these records they will be filed in hard copy with the Clerk's Office for the United States District Court for the District of Columbia on March 13, 2006. Courtesy copies of both records will be provided to plaintiffs' attorney and the Court.

The first record is the administrative record of plaintiff Thomas L. Rempfer's case before the United States Air Force Board For The Correction of Military Records (AFBCMR). This administrative record includes one (1) compact disk which appears in the record at page AR 0223TLR. The second administrative record is the record from plaintiff Russell E. Dingle's case before the AFBCMR.

Dated: March 12, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_____/s/_____
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7116
Washington, D.C., 20001
Telephone: (202) 353-0441 / Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov
*Attorneys for Defendants*