**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS L. REMPFER et al.  \*<br>\*<br>\*<br>Plaintiffs,  \*<br>\*   Civil Action No. 05-2350 (JR)<br>vs.  \*<br>\*<br>UNITED STATES DEPARTMENT  \*<br>OF THE AIR FORCE BOARD FOR THE  \*<br>CORRECTION OF MILITARY RECORDS \*<br>et al.  \*<br>Defendants.  \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' CONSENTED-TO MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Plaintiffs, by and through their undersigned counsel, to respectfully request from this Court an extension up to and including April 30, 2007, in order to file a response to the defendants' Motion to Dismiss (filed March 12, 2007).

This case involves a peripheral challenge to the Department of Defense's Anthrax Vaccination Immunization Program in that the plaintiffs' responses to it had alleged negative consequences to their careers. A substantive challenge to the entire program is the subject of John Doe #1 et al. v. FDA et al., Civil Action No. 06-2131 (D.D.C.)(EGS), and the undersigned counsel is an attorney-of-record in that matter as well (which is facing an earlier filed Motion to Dismiss and involves a several thousand page administrative record). While not as voluminous this case also involves a not insignificant sizable administrative record that is still being reviewed. Moreover, the plaintiffs will shortly be filing a Motion for Pro Hac Vice for the admission of two attorneys who will assume the primary responsibilities of litigating this proceeding, and they too need to review the pending Motion and administrative record.

Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   March 25, 2007

                                        Respectfully submitted,

                                        /s/

                                        _____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

Attorney for the Plaintiffs