UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS L. REMPFER et al.  *
  *
  *
　　　Plaintiffs,  *
  *   Civil Action No. 05-2350 (JR)
　vs.  *
  *
UNITED STATES DEPARTMENT  *
OF THE AIR FORCE BOARD FOR THE  *
CORRECTION OF MILITARY RECORDS *
et al.  *
　　　Defendants.  *
\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of plaintiffs' Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of March 2007,

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before April 30, 2007, to submit their responsive document to the defendants' Motion to Dismiss.
.

_____
UNITED STATED DISTRICT JUDGE