**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS L. REMPFER et al. | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 05-2350 (JR) |
| vs. | * |
| | * |
| UNITED STATES DEPARTMENT | * |
| OF THE AIR FORCE BOARD FOR THE | * |
| CORRECTION OF MILITARY RECORDS | * |
| et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED COMPLAINT**

NOW COME Plaintiffs, by and through their undersigned counsel, to respectfully submit pursuant to Rule 15(a), as a matter of law and right, their First Amended Complaint. A copy is attached.

Additionally, a pdf copy has been transmitted to the Clerk's Office for proper docketing.

Date:   April 30, 2007

Respectfully submitted,

/s/

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

Attorney for the Plaintiffs