**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|   v. | Civil Action No. 05-2350 (JR) |
| | : |
| U.S. DEPARTMENT OF AIR FORCE | : |
| BOARD FOR CORRECTION OF MILITARY | : |
| RECORDS, *et al.*, | : |
| | : |
|     Defendants. | : |

**ORDER**

Except for some new factual allegations, plaintiffs' first amended complaint [16] appears not very different, substantively, from their original complaint [1]. The government's motion to dismiss [11] presents issues and defenses -- statutes of limitations, standing, the Little Tucker Act, the U.S. government's liability for injuries assertedly done by the State of Connecticut, and the timeliness of AFBCMR's actions regarding plaintiff Dingle -- that do not appear to be either addressed or eliminated by the first amended complaint. **The government will not be required to respond to first amended complaint at this time. Plaintiffs have 20 days from the date of this order to respond to the motion to dismiss. It is SO ORDERED.**

                                                       JAMES ROBERTSON
                                      United States District Judge