# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THOMAS L. REMPFER et al.         *
                                 *
                                 *
         Plaintiffs,             *
                                 *    Civil Action No. 05-2350 (JR)
    vs.                          *
                                 *
UNITED STATES DEPARTMENT         *
OF THE AIR FORCE BOARD FOR THE   *
CORRECTION OF MILITARY RECORDS   *
et al.                           *
         Defendants.             *
*  *  *  *  *  *  *  *  *  *  *  *

## UNCONTESTED MOTION FOR ADMISSION *PRO HAC VICE*

I, Mark S. Zaid, am a member in good standing of the bar of this Court and the bar of the District of Columbia. My bar number is 440532. I am moving the admission of Dale Francis Saran, Esquire to appear *pro hac vice* in this case as co-counsel for the plaintiffs.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following state courts and United States courts:

| Court | Date of Admission |
|---|---|
| Certified Judge Advocate | October 1999 |
| State of Maine | 1999 (#9146, currently inactive) |
| Commonwealth of Massachusetts | October 2002 (#654781 - Active) |
| State of Rhode Island | July 2003 (#6744, currently inactive) |

2. During the twelve months immediately preceding this Motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3.  The proposed admittee has never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and he understands he shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  The undersigned movant is also a member of the bar of this Court in good standing, and will continue to serve as co-counsel in these proceedings. The proposed admittee is not a member of the District of Columbia bar nor does he have an office in the District of Columbia or a membership pending for the District of Columbia bar.

7.  Counsel for the defendants has consented to the granting of this Motion.

Date: May 22, 2007

                              Respectfully submitted,

/s/                                                                    /s/

_____         _____
Mark S Zaid, Esquire                             Dale F. Saran, Esquire
D.C. Bar #440532                                  2 Stenton Avenue
Suite 300                                                 Westerly, Rhode Island 02891
1920 N Street, N.W.                              (401) 322-5049
Washington, D.C. 20006                       dsaranusmc@msn.com
(202) 454-2809
ZaidMS@aol.com                                 Attorney For Plaintiffs

Attorney For Plaintiffs

2