## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER et al. | * |
| Plaintiffs, | * |
| vs. | * Civil Action No. 05-2350 (JR) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE BOARD FOR THE CORRECTION OF MILITARY RECORDS et al. | * |
| Defendants. | * |

## ORDER

Upon consideration of Plaintiffs' Consented-To Motion for Admission *Pro Hac Vice*, and the entire record herein, it is this _____ day of May 2007, hereby

ORDERED, that plaintiffs' Motion is granted; and further

ORDERED, that Dale F. Saran, Esq., is deemed admitted *pro hac vice* to this Court for the purposes of this proceeding.

_____
UNITED STATED DISTRICT JUDGE