**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THOMAS L. REMPFER, *et al*.,      :
                                  :
    Plaintiffs,                  :
                                  :
  v.                              Civil Action No. 05-2350 (JR)
                                  :
U.S. DEPARTMENT OF AIR FORCE      :
BOARD FOR CORRECTION OF MILITARY  :
RECORDS, *et al*.,                :
                                  :
    Defendants.                  :

## ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Dale F. Saran [18], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                    JAMES ROBERTSON
                       United States District Judge