# Facsimile Cover Sheet

**To:** *Mr. Ralph Prete*
**Office:**
**Phone:**
**Fax:**


**From:**
**Office:** ESSO/CT Air National Guard
**Phone:** 860-878-6740
**Fax:** 860-878-6700

**Date:** *24 June 05*
**Pages including this cover page:** *2*


**Comments:**

*Re: Amendment for Rempfer*

| TO: | FROM: | | TELEPHONE |
|---|---|---|---|
| JFH-CT | JFH-CT/DPA | | 860-878-6740 |

| THE FOLLOWING ORDER IS: | ☒ AMENDED AS SHOWN IN ITEM 6 ( | Rescinded | Revoked | Totally ☒ In Part) |
|---|---|---|---|---|

IDENTIFICATION OF ORDER BEING CHANGED (Issued by this Headquarters unless otherwise stated in Item 6.)

| 1. | | | BASIC ORDER | | 2. PREVIOUSLY AMENDED BY | | |
|---|---|---|---|---|---|---|---|
| A. PARA | B. ORDER (Type and Number) | C. DATE | D. TED ☐ PCS WITH PCA (EDCSA) ☐ PCS WITHOUT PCA | | A. PARA | B. ORDER (Type and Number) | C. DATE |
| | AD-048 | 19990223 | | | | | |

**3. RELATING TO** (TDY, PCS, Short Tour of AD, etc.)

Discharge Order

**4. IDENTIFICATION OF INDIVIDUALS TO WHOM CHANGE ACTION PERTAINS**

| A. GRADE | B. LAST NAME, FIRST, MIDDLE INITIAL | C. SSAN OR CIVILIAN POSITION TITLE | D. ORGANIZATION |
|---|---|---|---|
| CPT | Rempfer, Thomas L. | | 118th Fighter Squadron |

**5. AMENDMENT** (Identify item in order being amended)

| A. ITEM | AS READS | IS AMENDED TO READ |
|---|---|---|
| Line 4 | HD from CTANG effective: 11 Mar 99 and transferred to 9001st ARS, Denver, CO 06093, effective 12 Mar 99. | HD from CTANG effective: 25 Mar 99 and transferred to ESC/FXE, Hanscom, MA 01731 effective: 26 Mar 99. |

| B. ITEM | IS AMENDED TO (Include) (Delete) |
|---|---|
| | |

**6. REMARKS**

**7. ACCOUNTING CITATION**

| 8. DATE | 9. ISSUING/APPROVING OFFICIAL (Typed name, grade, and title) | 10. SIGNATURE |
|---|---|---|
| 20050623 | TONI M. MARTUCCI, MSGT, CTANG Military Personnel Technician | Toni M Martucci |

| 11. DESIGNATION AND LOCATION OF HEADQUARTERS | 12. ORDER (Type and Number) | | 13. DATE |
|---|---|---|---|
| **DEPARTMENT OF THE AIR FORCE** STATE OF CONNECTICUT, MILITARY DEPARTMENT OFFICE OF THE ADJUTANT GENERAL NATIONAL GUARD ARMORY, HARTFORD, CT 06105 | AD-100 | | 20050623 |
| | 14. TON BY ORDER OF THE GOVERNOR | | |

| 15. DISTRIBUTION | 16. SIGNATURE ELEMENT OF ORDERS AUTHENTICATING OFFICIAL |
|---|---|
| "B" | THOMAS G. HEATH, COL, CTANG Executive Support Staff Officer |

AF IMT 973, 19831001, V4                           PREVIOUS EDITION WILL BE USED.