UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF THE AIR FORCE BOARD FOR THE<br>CORRECTION OF MILITARY RECORDS, *et al.*,<br><br>    Defendants. | Civil Action No. 05-2350 (JR) |

UNOPPOSED MOTION FOR AN EXTENSION OF TIME
AND SUPPORTING POINTS AND AUTHORITIES

    Pursuant to Fed. R. Civ. P. 6(b), and for the reasons set forth below, defendants, the United States Department of the Air Force Board for the Correction of Military Records ("AFBCMR"), the United States Department of the Air Force ("AF"), the United States Department of Defense ("DoD"), and the United States of America, through undersigned counsel, hereby move for a seventeen day (17) day extension of time, until June 21, 2007, to file a reply to plaintiffs' opposition to defendants' motion to dismiss. Defendants' reply is currently due on June 4, 2007. Pursuant to Local Civil Rule 7.1(m), undersigned counsel contacted plaintiffs' counsel and he stated that plaintiffs do not oppose this motion.

    Good cause exists for this motion. This case involves a substantial number of legal issues and an extensive administrative record. In addition, after defendants filed their motion to dismiss, plaintiffs amended the complaint, and defendants must now address issues raised in the amended complaint, and alluded to in plaintiffs' opposition. This is the defendants' first motion

for an extension to file their reply.  There are no other deadlines currently scheduled by the Court.  Thus, this extension will not affect any other previously scheduled deadline.  Finally, this extension will not result in prejudice to any party and plaintiffs have consented to this request for an extension.

    WHEREFORE, defendants respectfully request that this Court grant a seventeen day extension of time, to and including June 21, 2007, to file a reply to plaintiffs' opposition to defendants' motion to dismiss.

Dated: May 31, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

      /s/
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7116
Washington, D.C., 20001
Telephone: (202) 353-0441 / Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of defendants' motion for a seventeen day extension of time to reply to plaintiffs' opposition to defendants' motion to dismiss, there being no opposition thereto, it is,

this _____ day of _____, 2007,

ORDERED, that defendants' motion for a seventeen day extension of time to file a reply to plaintiffs' opposition to defendants' motion to dismiss is granted; and it is

FURTHER ORDERED, that defendants shall file a reply to plaintiffs' opposition to defendants' motion to dismiss on, or before, June 21, 2007.

_____
James Robertson
United States District Judge