UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of defendants' motion for a seventeen day extension of time to reply to plaintiffs' opposition to defendants' motion to dismiss, there being no opposition thereto, it is,

this _____ day of _____, 2007,

ORDERED, that defendants' motion for a seventeen day extension of time to file a reply to plaintiffs' opposition to defendants' motion to dismiss is granted; and it is

FURTHER ORDERED, that defendants shall file a reply to plaintiffs' opposition to defendants' motion to dismiss on, or before, June 21, 2007.

_____
James Robertson
United States District Judge