UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT 1

to Defendants' Reply
to Plaintiffs' Opposition To Defendants' Motion To Dismiss

(Declaration of Mack M. Burton)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THOMAS L. REMPFER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action No. 05-2350 (JR) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DECLARATION OF MACK M. BURTON**

Pursuant to 28 U.S.C. § 1746, I, Mack M. Burton, hereby declare as follows:

1. I am the Executive Director of the Air Force Board for the Correction of Military Records (AFBCMR) at Andrews Air Force Base, Maryland. As such, I am responsible for the Records of Board Proceedings in cases considered by the AFBCMR. I have held this position since September 1994.

2. It has come to my attention that the authentic copies of Air Force records and material related to Thomas L. Rempfer's March 22, 2004, application for correction of military records, AFBCMR Case File Number BC-2004-00944, which were provided to the Air Force Civil Litigation Division on September 28, 2005, contained certain errors. Specifically, the copies of that record submitted to the Air Force Civil Litigation Division did not contain a letter, dated July 21, 2001 (apparently mistakenly misdated as Mr. Rempfer's application for the correction of his records was filed on March 22, 2004), and attachments thereto. That letter and its attachments were submitted to the AFBCMR and were considered by the AFBCMR in rendering its decision on Mr. Rempfer's application for correction of his military records, and should have been included in the copy of the record sent to the Air Force Civil Litigation Division. The copy of the record submitted to the Air Force Civil Litigation Division also contained an incorrect Table of Contents. The omission of the letter and attachments and the inclusion of the incorrect Table of Contents were due to administrative oversights. To correct the aforementioned errors, my office has completed an updated record for the proceedings related to Mr. Rempfer's March 22, 2004, application for correction of military records, AFBCMR Case File Number BC-2004-00944. The updated record also contains materials related to Mr. Rempfer's request for reconsideration and the AFBCMR's decision on that request. After the AFBCMR denied his application for correction of military records, Mr. Rempfer

submitted a request for reconsideration of his case to the AFBCMR on September 8, 2006. That request was considered in Executive Session on February 20, 2007. The AFBCMR denied Mr. Rempfer's request on March 8, 2007.

3. Finally, like Mr. Rempfer, Russell L. Dingle submitted a request for reconsideration of the AFBCMR's denial of his application for the correction of military records on September 8, 2006. That request was considered in Executive Session on February 20, 2007, and like Mr. Rempfer's request, denied. The record of proceedings on Mr. Dingle's request for reconsideration has been compiled in a second volume, separate from the record of proceedings on his application for correction of military records, and consists solely of materials related to the AFBCMR's decision on Mr. Dingle's request for reconsideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2007.

MACK M. BURTON
Executive Director
AFBCMR
1535 Command Drive
EE Wing, 3rd Floor
Andrews AFB MD 20762-7002