UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS L. REMPFER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF THE AIR FORCE BOARD FOR THE <br> CORRECTION OF MILITARY RECORDS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2350 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF CORRECTED ADMINISTRATIVE RECORD**

Defendants hereby file with this notice, a corrected administrative record related to proceedings before the Air Force Board For Correction of Military Records concerning Thomas L. Rempfer's petition for the correction of his records. This record is intended to replace the version filed March 12, 2007, which was unintentionally incomplete. Due to the size of this record it will be filed in hard copy with the Clerk's Office for the United States District Court for the District of Columbia on June 22, 2007. Courtesy copies of this record will be provided to plaintiffs' attorney and the Court.

Dated: June 21, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_____/s/_____
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7116
Washington, D.C., 20001
Telephone: (202) 353-0441 / Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov
*Attorneys for Defendants*