UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-2350 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby file with this notice, a supplemental administrative record related to proceedings before the Air Force Board For Correction of Military Records (AFBCMR) concerning Russell L. Dingle's petition for reconsideration by the AFBCMR of its decision denying his initial application for the correction of his records. This record is a second volume of the record filed March 12, 2007. This record will be filed in hard copy with the Clerk's Office for the United States District Court for the District of Columbia on June 22, 2007. Courtesy copies of this record will be provided to plaintiffs' attorney and the Court.

Dated: June 21, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_____/s/_____
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7116
Washington, D.C., 20001
Telephone: (202) 353-0441 / Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov
*Attorneys for Defendants*