**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2350 (JR) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE AIR FORCE BOARD FOR THE ) | |
| CORRECTION OF MILITARY RECORDS, et al. ) | |
| ) | |
| Defendants ) | |

**REQUEST FOR LATE FILING OF JOINT APPENDIX**

NOW COMES the plaintiff, by and through their undersigned counsel, to respectfully request this court allow the late filing of the Joint Appendix, required by the newly adopted LCvR 7(n). This request is NOT opposed by defendants' counsel.

Date: Aug. 21, 2007

Respectfully Submitted,

/s/
_____
Dale F. Saran, Esq.
MA Bar #654781
2 Stenton Avenue
Westerly, Rhode Island 02891
 (401) 322-5049
dsaranusmc@msn.com

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

*Attorneys for Plaintiffs*