UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS L. REMPFER, *et al.*, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 05-2350 (JR) <br> ) |
| UNITED STATES DEPARTMENT <br> OF THE AIR FORCE BOARD FOR THE <br> CORRECTION OF MILITARY RECORDS, et al. | ) <br> ) <br> ) <br> ) |
| Defendants | ) <br> ) |

**JOINT APPENDIX SUBMISSION OF RELEVANT
ADMINISTRATIVE RECORD PAGES PURSUANT TO LOCAL RULE 7(N)**

NOW COME the plaintiffs and defendants, by and through their undersigned counsel, to respectfully submit to this Court this Appendix containing the relevant pages from the administrative record supporting the respective parties' memorandums of law. This filing is in compliance with the newly adopted LCvR 7(n).

Date: Aug. 21, 2007

Respectfully Submitted,

/s/
_____
Dale F. Saran, Esq.
MA Bar #654781
2 Stenton Avenue
Westerly, Rhode Island 02891
 (401) 322-5049
dsaranusmc@msn.com

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809

ZaidMS@aol.com

*Attorneys for Plaintiffs*

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

/s/     Jonathan Zimmerman     .
Jonathan Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Suite 700 Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7116
Washington, D.C., 20001
Telephone: (202) 353-0441 / Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov
*Attorneys for Defendants*