MEMORANDUM FOR NGB/CF (MG Paul Weaver)
                (BG Craig McKinley)

FROM: 103FW/CC

SUBJECT: Anthrax Concerns and Feedback From the Field

1. My purpose in writing each of you this memo is to seek your advice and to provide some feedback on an issue that has the potential of moving us from C-1 to C-4 overnight. I also suspect this problem is not unique to the 103d.
2. I am in the process of preparing the 103d for our upcoming deployment to SWA. Part of that process involves getting the anthrax shot since SWA is considered a high threat area for biological weapons. Six months ago we announced our plan to begin inoculations in October. In the intervening months I have fielded occasional concerns from members who had doubts of one kind or the other about the safety of the vaccine, but nothing unusual. However, at last months drill when we announced anthrax shots begin in October, I received a flood of questions, concerns, and the very real possibility that a third of my pilot force will quit before they take the anthrax shot. That got my attention and I have been aggressively working this issue since.
3. Your staff is very aware of my issues and are doing what they can to help, so I don't need you to "roll in on anyone". I just want you to know what my folks are thinking, why they have the concerns they have and if you just happen to have an answer or recommendation, I'd sure like to hear it.
4. The attachment to this memo has the specific concerns, and unanswered questions posed by my folks. The good news is that I have answered a good number of their concerns and I have not listed them in this memo. The concerns/questions I bring to your attention are the one's the Air Force Surgeon General's office has been ineffective (to date) in helping me frame an official response.
5. As a commander, I am fully committed to protecting my airmen and enforcing DoD, AF, and ANG policy. I am also fully committed to protecting their interests and can not blindly enforce a policy without making every attempt possible to get answers to their questions. When answers don't exist, then I must as a minimum present them with the official government position. Right now, it seems the official government position on some of their issues does not exist, or at least, I don't know what it is. I will continue to work this issue very hard and if you have any advice, I need all I can get.

                                        WALTER L. BURNS, COL, USAF/CTANG
                                        Commander

Atch
Anthrax Concerns

EXH. L

SUMMARY OF ANTHRAX CONCERNS FROM 103FW

1. During a 1994 briefing to Committee staff at Walter Reed Army Hospital, the Army Surgeon General stated that with respect to the anthrax vaccine.....'its safety, particularly when given to thousands of soldiers in conjunction with other vaccines, is not well established. Anthrax vaccine should continue to be considered as a potential cause of undiagnosed illness in Persian Gulf military personnel.' The Surgeon General reiterated this position while serving as a member of the Persian Gulf Veterans Coordinating Board. Based on the findings of the Presidential Advisory Committee on Gulf War Veterans' Illness and the Committee on Infectious Diseases, American Academy of Pediatrics, the Army Surgeon General now says the vaccine is safe, effective, and not a causal factor in Gulf War Syndrome, alone or with other vaccines.
   a. What new data sources support the change of the Surgeon General's position?
   b. What studies did DoD use to determine that anthrax vaccine used alone or in combination with other vaccines/medication does not contribute to GWS?

2. On 15 Dec 97, SECDEF approved the Anthrax Vaccination Program contingent on successful completion of four conditions, two of which were supplemental testing of the vaccine, and review of the health and medical aspects of the program by an independent expert. In a memorandum dated 18 May 98, SECDEF announced that all the preconditions had been met.
   a. What were the results of the supplemental testing? Who did the testing? What lot numbers were tested?
   b. Who is the independent expert and where is the final report on their review?

3. The stockpile of vaccine now held the DoD is from production runs prior to the identification of serious quality discrepancies by the FDA. The quality and purity of this stockpile must be considered highly suspect. Specifically, the FDA report appears to identify lot FAV030 (which is the one we have) as being produced from sublots that were contaminated with multiple microorganisms.
   a. We need the full history of lot FAV030, to include data certifying temperature and quality control.
   b. What medical lab and methodology was used to recertify lot FAV030's safety and potency?

4. Traditional Guardsmen are not entitled to VA medical care. It is doubtful that the civilian medical insurance coverage these guardsmen possess will cover complications that may arise from receiving the anthrax vaccine.
   a. Does the Government have a program in place to care for Guardsmen who develop medical conditions/complications as a result of a full or partial series of the anthrax vaccine injections?

5. I have fielded numerous questions on the possible effects of anthrax on fertility, cancer, efficacy against inhaled spores, what if less than 18 months to retirement, adequate supplies of antibiotics in theater, why the 30 day in-theater policy and the actual threat. I have answered these questions to the satisfaction of the overwhelming majority. Unfortunately, I have several hard liners who don't agree with the DoD or government position. Those individuals also happen to be pilots and are in a position to influence many others. I fully intend to implement DoD policy and everyone here is crystal clear on that point and if we lose some folks along the way, then my guess is we will be a better organization in the long run but it won't be pretty for the first six to nine months.

6. I hope this has been helpful in terms of giving you some insight into an issue that consumes a fair amount of my time. I am confident we will not go C-4 but I must admit a couple weeks ago, I would not have said that. I will keep you advised as this story unfolds.