DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 103D FIGHTER WING (ANG)
100 NICHOLSON ROAD
EAST GRANBY, CONNECTICUT 06026-9309

30 September 98

MEMORANDUM FOR: Colonel Walter L. Burns, 103 FW/CC

FROM: Captain Thomas L. Rempfer (delivered via Chain of Command)

SUBJECT: Request for DOD Policy Review

1. As a proud member of the 118th Fighter Squadron, and an Officer in the Connecticut Air National Guard, I respectfully request an immediate review of the Department of Defense Policy requiring all service members to receive the anthrax inoculation.

2. In accordance with my obligation to use my chain of command, I have turned twenty documents over to the 118th Fighter Squadron's Commander, which cast legitimate questions and doubt on the safety and efficacy of the anthrax vaccine. Included in this information is a summary of adverse reactions to the vaccine within the specific lot number that the 103rd Fighter Wing intends to administer to their personnel.

3. Per the 118th Fighter Squadron Commander's request, I contacted a Medical Doctor who has worked closely with veterans groups on this issue. The Doctor called LTC Swift and advised him of her safety and efficacy concerns regarding the anthrax vaccination. This confirmed the concerns I have with regard to this vaccination policy, and reaffirm the need for a thorough review in order to find real solutions to our soldier's force protection concerns.

4. It is important to note that at the present time the highest echelons of our military leadership are being reminded by the Senate Armed Services Committee that it is their responsibility to look after the concerns of their service members, and to not blindly follow the policies dictated to them by their civilian leaders. As recently as 29 September 1998 US Senators expressed deep reservations that our Joint Chiefs were not advising their civilian leadership of policy decisions that were not in the best interest of the troops with regard to contingency operations around the world.

5. I have come to a personal and individual conclusion that the Anthrax inoculation policy was an ill conceived expedient method of answering tough questions by the media and the American public as to why we were sending our troops into harms way without protection from an assessed biological weapons threat. As a result this controversial policy was implemented despite the fact that it's been debated for years on safety and efficacy questions. Additionally, and most important to my Commanders, I fear this policy is ill fated and will cause significant morale and retention dilemmas for the Air Reserve Component.

6. Our Wing Leadership is in a unique and timely position to honor the concerns of the service members of the 103rd Fighter Wing. Your example, despite it's ultimate effect on DOD policy, is exactly what our Congressional delegates are encouraging. At the very least, our Wing's professionally and respectfully requested bottom up review of this policy could lead to real long term solutions on how our military will face the biological threats in tomorrow's crisis' at home and abroad.

7. I respectfully implore this DOD policy review begin at the earliest opportunity, and

AR-0097TLR

84

95

commend you for the opportunity you gave our officers to provide professional input in this process. Your listening to our concerns, and soliciting inputs and data, is an excellent example of the foundation of trust in the oath of office we share.

THOMAS L. REMPFER, CAPT, CTANG

103 FW Concerns and Questions of the Anthrax Inoculation

1. Safety:   Has the Anthrax inoculation been ruled out as a possible contributing factor to Gulf War Illness? We need to see data that verifies and supports an answer.
2. Safety:   Is the anthrax inoculation safe for men and women with respect to fertility questions? We need to see data that supports a conclusion vs. the inoculation's insert warning about fertility concerns for females.
3. Safety:   Does the Anthrax inoculation have any known carcinogenic effects on the human body? We need data that supports a conclusion on this question.
4. Safety:   Was the anthrax inoculation boosted by an other substances during use in the Gulf War? If so, is this boosting agent still in the anthrax vaccine? Is this considered a possible cause of Gulf War Illness?
5. Safety:   What are the effects of combining the anthrax vaccine with other vaccines; i.e. yellow fever, hepatitis A & B, tetanus, influenza, etc. Have any studies been performed to analyze the effects of multiple vaccinations on the performance of the human immune system.
6. Safety:   Has the anthrax manufacturer corrected FDA findings of discrepancies following it's 4-20 FEB, 1998 inspection of their facilities. What was done to correct the discrepancies list that is available via the Freedom of Information Act. Please respond to each item, and comply with Secretary of Defense Cohen's 3 MAR 98 directive to the DOD.
7. Efficacy:   Is the Anthrax vaccine effective against inhalation exposure. What is the definition of effective? What study validates the conclusion? We need to see data that supports a conclusion to this question. We need to see the data of the monkey as well as the Guinea Pig study.
8. Efficacy:   If the Anthrax virus is considered to be a threat in the SWA AOR, can it be modified or mutated in order to render the vaccine ineffective? What other biological weapons are assessed to be a threat in the SWA AOR, and how are we protecting our forces from their effects?
9. Efficacy:   If our forces are attacked with anthrax spores what other medical requirements in supplies and personnel will be required to deal with the medical needs of the troops. We need to see the Medical Op Plan that details these actions and required supplies. Are these supplies and trained personnel currently in the AOR?
10. Efficacy:   What will be the medical condition of a soldier who survives an anthrax attack after completing the full regimen of medical treatment? Are there any examples of humans who have ever survived an inhalation related anthrax infection?
11. Efficacy:   Are any over-pressurized structures (mobile or stationary) available to forces that encounter a biological weapons attack? Are any of these facilities available in the SWA AOR.
12. General Concern:   Morale - Has a cost benefit analysis been performed that analyzes the safety and efficacy benefits of the anthrax vaccine vs. the concerns the United States public and Soldiers are dealing with when faced with a mandatory vaccination policy? What are the results of this analysis? Was an optional policy

AR-0098TLR

85

considered?

13. General Concern:   Retention - Has the DOD performed a study that analyzes the retention effects of a mandatory anthrax inoculation policy on the Air and Army National Guard as well as the Air Force, Army, and Navy Reserves? What were the results of this study? Have these results been reported to the Congress and the President? Has the GAO performed an independent study on this same issue?

14. General Concern:   Benefits - Has the DOD provided a proposal to Congress to provide full time medical benefits to the Reserve Component members and their families that are involved in mandatory military medical programs?

15. General concern: Tactics - The State Department and the DOD have changed the force structure in the SWA AOR since this mass immunization policy was announced on 20 DEC 98. Has the DOD recommended reevaluating the tactical positioning of forces within short range of enemy biological weapons capability as a result of this shift in our national interests?

16. General Concern: Total Force - The ANGUS and the USAFR have bought into the concept of the "Total Force". There is a risk of jeopardizing the Reserve Component's credibility in this partnership if we do not address the controversial issues revolving around the Anthrax inoculation policy. If personal losses do occur, and if combat unit's manning is impaired, our total force is at risk. Isn't it the Leaders of the Reserve Component's responsibility to address this dilemma in advance, or risk the scrutiny of our ability to "step up to the plate" in the next Quadrennial Defense Review?

Anthrax inoculations scheduled to commence in November 98 prompted many serious concerns from members of the 103rd Fighter Wing. Questions continue to arise dealing with the testing, manufacture, long-term effects, and the potential harmful interaction with other required immunizations and vaccinations. The Air Force Surgeon General's office has not been effective in helping me formulate meaningful responses to the questions posed by unit members; therefore, they were forced to turn to alternate sources for information. Through their efforts, I received seemingly credible contradictory evidence to the safety and efficacy of the Anthrax vaccine. In addition, research has identified numerous instances of contradiction on the part of Air Force and Department of Defense experts.

As a commander, I am committed to force protection. I am also morally compelled to protect my forces against both actual and implied threats to their physical well being. In order to maintain morale and ensure the continued strength and combat effectiveness of the members of the 103rd Fighter Wing I request the official U.S. Air Force/Department of Defense position relating to the following concerns.

During a 1994 briefing to Committee staff at the Walter Reed Army Hospital the Army Surgeon General stated that, with respect to the anthrax vaccine (MDPH-PA)?. its safety, particularly when given to thousands of soldiers in conjunction with other vaccines, is not well established. Anthrax vaccine should continue to be considered as a potential cause of undiagnosed illness in Persian Gulf military personnel (1). In 1995, he reiterated this position while serving as a member of the Persian Gulf Veterans Coordinating Board (2). Based on the findings of the Presidential Advisory Committee on Gulf War Veterans' Illness and the Committee on Infectious Diseases, American Academy of Pediatrics (1994) the Army Surgeon General now says the vaccine is safe, effective, and not a causal factor in Gulf War Syndrome (GWS), alone or with other vaccines (3). Senate hearings and research cast doubt on this conclusion. (4,5,6)

1. Identify all new data sources or recently completed studies that support the change of the Surgeon General's position.

AR-0099TLR

2. List all known military/DOD current research studies involving anthrax and their intended purposes.
3. Identify data that support the premise that anthrax vaccine used alone or in combination with other vaccines/medications has been ruled out as a possible contributor to GWS.
4. Provide a list of studies that support the DOD position that the anthrax vaccine poses no long term adverse effects.
5. Indicate research performed concerning the vaccine's potential carcinogenic effects and effects on fertility.

On 15 Dec 1997 SECDEF Cohen approved the Anthrax Vaccination Program contingent on successful completion of four conditions: two conditions being, supplemental testing of the vaccine, and review of the health and medical aspects of the program by an independent expert. In a memorandun dated 18 May 98 SECDEF Cohen announced that all the pre-conditions had been met.
6. Indicate all results of the supplemental testing; to include who conducted the tests, methodology, lot numbers, etc.
7. Provide the final report of the review by the independent expert to include all background data reviewed), methodology (used by the expert), etc.

The efficacy of the current vaccine is controversial. DOD's assertion that MDPH-PA is effective against inhalation exposure in humans is based on unpublished studies that have undergone little or no independent peer review. Others argue that there is insufficient data regarding efficacy against inhalation exposure. (7,8) Clinical, peer reviewed, and published studies validate medical research and the approval of vaccines. Where are such efficacy studies for the anthrax vaccine?
8. Provide data supporting the effectiveness of the anthrax vaccine against inhalation exposure for all known strains of anthrax, singly or in combination.

The stockpile of vaccine now held by the DOD is from production runs prior to the identification of serious quality discrepancies by the FDA (9). The quality and purity of this stockpile must be considered highly suspect. Specifically, the FDA report appears to identify lot FAV 030 as being produced from sublots that were contaminated with multiple microorganisms. Should these sublots have been discarded?
9. Provide complete history of lot FAV 030, to include data certifying temperature and quality control. Indicate the medical lab and methodology used in recertifying safety and potency.

During Desert Storm, only a partial series of shots were given to selected troops. While one shot is potentially capable of affording some protection, the full series affords the most protection.
10. What mechanism exists today to ensure supply of the anthrax vaccine for a complete series of shots for all personnel?

A critical component of protection/treatment from an aerosolized exposure is immediate follow on treatment with antibiotics.
11. What is the current status of personnel and materiel in theater? Have the medical personnel been specifically trained to diagnose and treat biological weapons exposure? Are there adequate supplies to treat the forces in the Area of Responsibility?

Traditional guardsmen are not entitled to VA medical care. It is doubtful that the civilian medical insurance coverage these guardsmen possess will cover complications that arise from receiving the anthrax vaccine.
12. Does the government have a program in place to care for guardsmen who develop medical conditions/complications as a result of a full or partial series of the anthrax vaccine injections?

AR-0100TLR

Guardsmen less than 18 months from retirement/separation have an additional problem. The FDA license for anthrax vaccine requires a six shot series; the final shot given 18 months after the first shot. FDA Regulations state that the use of a licensed drug at doses other than those approved is considered investigational.
13. Will these personnel be required to take a less than full series of shots? If so, by FDA Regulation, will DOD seek informed consent?
14. Will DOD provide the opportunity for the guardsman to receive the full series of shots after separation?
15. Will DOD pay the expenses incured by these veterans to receive these shots?

Technologically advanced weapons systems coupled with state of the art training enable the U.S. military to field the most combat effective fighting force in the world. The following statement made by Dr. Phillip Russell, former commander of the U.S. Army Medical Research and Development Command poses an ironic twist to our combat philosophy. "I think it's a pretty good vaccine given that it is a 1960s standard and pretty crude technology. Can we make a better one? Sure as hell we can. With modern methods it would be possible to purify the protein compound on which the vaccine is based, giving it more protection and fewer side effects." (10) This statement raises the ultimate question. Will a potentially ineffective old technology vaccine expose the Achilles heel of America's otherwise superior combat forces?

References:
1. Is Military Research Hazardous to Veterans' Health? Lessons Spanning Half a Century. Senate Print 103-97. Pg.35 8 Dec 98

2. Persian Gulf Veterans Coordinating Board. Unexplained Illnesses among Desert Storm Veterans. Arch Int Med 1995; 155:262-8

3. ProMED-mail. 26 Mar 98. Letter from the Army Surgeon General

4. See supra note 1. Pg. 28

5. Gulf War Veterans Illnesses: VA, DOD Continue to Resist Strong Evidence Linking Toxic Causes to Chronic Health Effects. Senate Report 105-388 7 Nov 97

6. Status of Efforts to Identify Gulf War Syndrome Multiple Toxic Exposures. Senate Report 105-66 26 Jun 97

7. See supra note 1. Pg. 15

8. Journal of American Medical Association, Vol. 278, No. 5, Pg. 402, 6 Aug 97

9. Food and Drug Administration. Report of the Inspection on Michigan Biologic Products Institute (Form FDA 483), 20 Feb 98

10. New York Times, 3 Feb 1998

103 FW Concerns and Questions of the Anthrax Inoculation

AR-0101TLR
88

1. Safety: Has the Anthrax inoculation been ruled out as a possible contributing factor to Gulf War Illness? We need to see data that verifies and supports an answer.
2. Safety: Is the anthrax inoculation safe for men and women with respect to fertility questions? We need to see data that supports a conclusion vs. the inoculation's insert warning about fertility concerns for females.
3. Safety: Does the Anthrax inoculation have any known carcinogenic effects on the human body? We need data that supports a conclusion on this question.
4. Safety: Was the anthrax inoculation boosted by an other substances during use in the Gulf War? If so, is this boosting agent still in the anthrax vaccine? Is this considered a possible cause of Gulf War Illness?
5. Safety: What are the effects of combining the anthrax vaccine with other vaccines; i.e. yellow fever, hepatitis A & B, tetanus, influenza, etc. Have any studies been performed to analyze the effects of multiple vaccinations on the performance of the human immune system.
6. Safety: Has the anthrax manufacturer corrected FDA findings of discrepancies following it's 4-20 FEB, 1998 inspection of their facilities. What was done to correct the discrepancies list that is available via the Freedom of Information Act. Please respond to each item, and comply with Secretary of Defense Cohen's 3 MAR 98 directive to the DOD.
7. Efficacy: Is the Anthrax vaccine effective against inhalation exposure. What is the definition of effective? What study validates the conclusion? We need to see data that supports a conclusion to this question. We need to see the data of the monkey as well as the Guinea Pig study.
8. Efficacy: If the Anthrax virus is considered to be a threat in the SWA AOR, can it be modified or mutated in order to render the vaccine ineffective? What other biological weapons are assessed to be a threat in the SWA AOR, and how are we protecting our forces from their effects?
9. Efficacy: If our forces are attacked with anthrax spores what other medical requirements in supplies and personnel will be required to deal with the medical needs of the troops. We need to see the Medical Op Plan that details these actions and required supplies. Are these supplies and trained personnel currently in the AOR?
10. Efficacy: What will be the medical condition of a soldier who survives an anthrax attack after completing the full regimen of medical treatment? Are there any examples of humans who have ever survived an inhalation related anthrax infection?
11. Efficacy: Are any over-pressurized structures (mobile or stationary) available to forces that encounter a biological weapons attack? Are any of these facilities available in the SWA AOR.
12. General Concern: Morale - Has a cost benefit analysis been performed that analyzes the safety and efficacy benefits of the anthrax vaccine vs. the concerns the United States public and Soldiers are dealing with when faced with a mandatory vaccination policy? What are the results of this analysis? Was an optional policy considered?
13. General Concern: Retention - Has the DOD performed a study that analyzes the retention effects of a mandatory anthrax inoculation policy on the Air and Army National Guard as well as the Air Force, Army, and Navy Reserves? What were the results of this study? Have these results been reported to the Congress and the President? Has the GAO performed an independent study on this same issue?
14. General Concern: Benefits - Has the DOD provided a proposal to Congress to provide full time medical benefits to the Reserve Component members and their families that are involved in mandatory military medical programs?
15. General concern: Tactics - The State Department and the DOD have changed the force structure in the SWA AOR since this mass immunization policy was announced on 20 DEC 98. Has the DOD recommended reevaluating the tactical positioning of forces within short range of enemy biological weapons capability as a result of this shift in our national interests?

AR-0102TLR

89

This is the list of questions I initially posed to Swifty two weeks ago.
1. Have all officers been notified that the October 1998 drill is now mandatory and that the anthrax shot is now mandatory as a result of the new 103rd wing policy? If not, then why not? Will waivers be granted to those who were not present at the September drill? If so, why?
2. Several officers will be TDY during the October drill. How will they receive their mandatory shot while TDY?
3. Will the final result of refusing the anthrax shot be discharge from the military? If so, under what condition will the discharge be issued?
4. The FDA considers this vaccine to be investigational with respect to inhalation anthrax. It is highly questionable whether our civilian medical insurance will cover health complications arising from the anthrax inoculation. Is the commander of the Connecticut Air National Guard willing to institute an irrevocable policy guaranteeing its' members and their family members life long medical care as a result of this vaccine? Will this be done prior to the October drill? If not, then why not?
5. Those service members who have less than 18 months remaining in their careers are in a dilemma. The anthrax is only approved by the FDA for the whole series of shots, not a single shot or a portion of the shot series. How will the 103rd dispense the shots to those veterans who have retired prior to receiving the full series of shots?
6. Is the Connecticut Air National Guard willing to institute an irrevocable policy that will pay for travel expenses to those retirees who must travel to receive the full shot series? Will this be done prior to the first series of shots? If not, then why not?
7. Is the Commander of the Connecticut Air National Guard willing to:
a. Provide a statement summarizing the studies performed on the vaccines potential carcinogenic effects?
b. Provide a statement summarizing the studies performed on the vaccines potential effect on fertility?
c. Provide a statement summarizing the studies used to support the theory this vaccine will protect the units' members from aerosolized anthrax?
d. Provide a. statement summarizing the long-term effects of this vaccine as understood by the medical, scientific, and political communities?
e. Provide a statement summarizing the supplemental testing results as ordered by Secretary Cohen on 3 March 1998?
f. Sign a statement agreeing to incur all travel expenses for members who have retired prior to the full series of shots?
g. Provide a written statement of purpose for administering the vaccine?
h. Provide a written statement acknowledging the vaccine has not been tested for its' carcinogenic effects or potential impairment of fertility?
i. Provide a written statement acknowledging the drug has not been tested for its ability to protect the units' members from aerosolized anthrax exposure?
j. Provide a written statement agreeing to pay for all medical expenses relating to any future instance of cancer a member may develop?
k. Provide a written statement agreeing to pay for all medical expenses relating to any future instance of infertility a member may experience?


AR-0103TLR

90

