Air Force Board for Correction of Military Records
1535 Command Drive EE Wing 3rd Floor
Andrews AFB, MD 20762-7002

Subject: Maj. Tom Rempfer's Wrongful Termination     23 February 2005
To: AFBCMR   Attn: Mr. Prete
From: LtCol. Dom Possemato

Dear Sir:

I would like to address Maj. Tom Rempfer's testimony on our termination from the CTANG. This came about because of our refusal to take an anthrax vaccine that was not at the time FDA approved and experimental in the inoculation for air-born anthrax. Additionally, Maj. Rempfer and LtCol. Dingle did a comprehensive study on the vaccine, for the commander Col. Burns, and found it lacking in every category for its intended use either legally or for its desired effects.

Even when Col. Burns and his commanders were armed with this information they still pressed us to take the vaccine through coercive tactics. These tactics included bribes of better jobs within the unit, versus threats of termination of flying duties, threats against our ability to finish our USAF careers at another unit, and threats of UCMJ action.

The actual action by the CTANG to take the anthrax vaccine came in Jan. 1999 during our drill weekend. At this time anyone that did not take the initial shot was relieved of all responsibilities and flying duties. On Jan. 21, 1999 an article in the "Hartford Courant" was published in which we, as "citizen soldiers" voiced our concerns, in a public forum, on being inoculated with a vaccine that was both illegal and ineffective. On Jan. 22, 1999 I was called by LtCol. Swift (103rd Squadron CC) and was ordered to resign effective immediately due to the article in which Maj. Rempfer, LtCol. Dingle and I exercised our first amendment rights as "citizen soldiers." I did not immediately resign.

This was the start of a harassment/coercion campaign that would last until May, 1999. During Feb. 1999 I was confronted by LtCol. Swift in the presence of both Maj. Rempfer and Capt. Marchese on the appropriate use of our first amendment rights as it applied to our stance on anthrax. He continued his pursuit of a date and time for our resignation. Additionally, during Mar. 1999 I was asked to report to the Wing CC who continued the pursuit of my immediate resignation because of our public stance on the subject.

In summary, the CTANG and its Commanders did their best to order us to resign due to the use of our first amendment rights, exercising our rights as USAF Officers to question illegal orders for an illegal vaccine policy. And furthermore, for us to waive the rights accorded to us by US law for non-use of experimental drugs/vaccines on military personnel.

Sincerely,

*D C Possemato*

LtCol. Dom Possemato, USAF Reserves
USAF Academy Liaison Officer

139

AR-0140TLR



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 103RD FIGHTER WING (ANG)
100 NICHOLSON ROAD
EAST GRANBY, CONNECTICUT 06026-9309

3 March 2005

MEMORANDUM FOR RALPH PRETE, BCMR

FROM LTC LAWRENCE P. RIZZO

SUBJECT MAJOR THOMAS L. REMPFER

1. This letter is a follow-up to our conversation last week regarding the record of Major Thomas L. Rempfer. I am aware that Major Rempfer has an application before the Board of Correction of Military Records based on the situation surrounding his refusal to receive an anthrax vaccination. I have reviewed the entire application sent by Major Rempfer to the board and support it in every detail.

2. I am writing specifically to address the nature and circumstances surrounding the departure of Major Rempfer and the other pilots in the 103rd Fighter Wing. I will begin by saying that in no way was the departure of these officers a voluntary act. I make this assertion knowing that Major Rempfer signed a transfer form.

3. I am currently serving in the 103rd Fighter Wing as the Chief of Safety. I also held that position before and after the entire anthrax vaccine incident. In my capacity as Chief of Safety, I attended various staff meetings and held both individual and group conversations with the Wing Commander, Col Walter Burns, Vice Wing Commander Daniel R. Scace, Operations Group Commander Robert J. McCusker, 118th Fighter Squadron Commander LtCol John P. Swift, and the four flight commanders in the 118th Fighter Squadron. These individuals represent the entire chain of command for every pilot who refused to take the vaccine. One of the flight commanders also refused to take the vaccine.

4. During these meetings the chain of command from the Wing Commander to the Squadron Commander articulated a policy that the refusers had to go. Threats of military discipline, removal from flight status, and Flight Evaluation Boards were among the tactics planned by the staff. While we were in the transition phase between the initial refusal and the departure of the refusers, the Wing Commander went so far as to call these individuals traitors. After the refusers departed, statements such as "we are better off without them" and "I am glad we go rid of them" were common among these commanders. This sequence represented a plan and an execution of a plan to remove officers who raised legitimate concerns about the anthrax vaccine program. When they left there was not a single line pilot who believed that their departure was a voluntary act.

5. As an attorney and a former employee of a drug company, I was keenly aware of the issues surrounding the anthrax vaccine. When I expressed my concern about the egality of the order, I was advised that my full time employment as a Technician would be terminated if I refused to take the vaccine. I consider this threat to be no different than the personal conversations between the chain of command and the refusers. I was a part

129

AR-0141TLR

of conversations with the chain of command after these same kinds of individual threats were made.

6. While I am unable to cite specific dates and times or give exact quotes of conversations I had with the chain of command, I feel comfortable stating that the senior staff at the 103rd Fighter Wing engaged in a unified effort to force the pilots in the wing who expressed concern about the anthrax vaccine program out of the organization.

7. There is an important background to the entire anthrax incident that helps to understand that the departure of the refusers was not voluntary. At the time of the incident, the DoD was at an implementation phase that required the vaccine only for individuals who were in a specific theatre for more than 30 days. The 103rd Fighter Wing was preparing for a deployment to such a theatre. However, because only a few individuals would remain in theatre for 30 days, there was no problem getting pilots to volunteer for the deployment. When the Wing Commander inquired about force protection for those individuals staying less than 30 days, a unit specific requirement was handed down and the volunteer list shrunk significantly. Before the controversy erupted, I was one of two individuals who did not plan to go on the trip at all. When the situation heated up, the Operations Group Commander made a decision that all pilots, whether they were going on the trip or not, would be required to get the vaccine if they were to remain on flying status. Getting the vaccine became a loyalty test. Those who refused were labeled disloyal traitors and told to leave.

8. I am available for further comment regarding this matter. You can reach me at DNS 220-2555. I am also prepared to put this statement in the form of a sworn affidavit.

LAWRENCE P. RIZZO, LTC CTANG
Chief of Safety

AR-0142TLR

Russell E. Dingle
71 Shaughnessy Drive
East Hartford, CT 06118
860-568-8767

3 March 2005

Air Force Board for the Correction of Military Records
1535 Command Drive EE Wing 3rd Floor
Andrews AFB, MD 20760-7002

Reference BCMR Docket # 2004-00944

To the Board,

    Major Thomas L. Rempfer informed me that the AFBCMR is requesting statements from the individuals identified in Major Rempfer's hearing before the Connecticut Freedom of Information Act Commission concerning his ordered resignation from the Connecticut Air National Guard along with the ordered resignations of other similarly situated individuals. I was one of those other individuals.

    I do hereby attest and affirm the following:

With respect to the hearing before the Connecticut Freedom of Information Act Commission, I was a co-plaintiff along with Major Thomas Rempfer. He and I naively assumed that as co-plaintiffs we would be treated as one and therefore during questioning I was not specifically asked by Major Rempfer if I was ordered to resign, as were witnesses Possemato and Marchese. This point of order was clarified during an appeal hearing wherein the Administrative Clerk hearing the original case confirmed that I was ordered to resign but since I was not specifically asked the question she could not enter the order to resign in the hearing report.

At the time of the incident in question I was a Major in the 103rd Fighter Squadron of the 103rd Fighter Wing of the Connecticut Air National Guard. Col. John Swift, then 103rd Squadron Commander and a Lt. Col., telephoned my home and left a message on my answering machine informing me that I was being ordered to resign, that I was to proceed to the Base to outprocess, and that I was to be paid one last four hour training period in which to accomplish same.

This telephonic message was left on Friday, 22 January 1999. Some days thereafter I spent three hours in the Wing Commander's office with Col. Walter Burns, then Wing Commander, and his vice, Col. Daniel Scace. We discussed this phone message and the absence of any compliance or semblance of complying with the procedures for removing a member, specifically an officer, from the Connecticut Air National Guard. Cols Burns and Scace would not, and never did, commit to following the formal procedures for disciplining and removing officers from the Connecticut Air National Guard.

    I stand by the above statement and am available to the Board to further clarify or add to the events surrounding the wrongful termination of Major Thomas L. Rempfer from the Connecticut Air National Guard.

Respectfully,

*Russell E. Dingle*
Russell E. Dingle
LtCol USAFR (ret.)

AR-0143TLR

March 1, 2005

Re: BMCR case docket #2004-00944

Mr. Prete,

    I'm writing you to confirm what you've already heard concerning the hostile atmosphere created by the leadership of the 103rd Fighter Wing following the pilots' refusal to take the anthrax shots. As an NCO assigned to the Maintenance Control Center I was witness to many disparaging comments made by Officers from the maintenance side of the house. LTC Martin (currently BG), Maj. Miclon (currently Col), and Maj. Edmunds were commonly heard making derogatory remarks about the group of pilots refusing to take the shots. Maj. Edmunds used the word "cowards" when describing the pilots. Maj. Miclon would go on and on about duty and honor and if someone didn't follow orders they were cowards. It became almost chic to make derogatory remarks about them. During one maintenance meeting the topic of anthrax was brought up. It appeared one of the avionics technicians received an email from someone containing an article from the Courant newspaper. The article spoke of the DoD intentionally deceiving the troops by telling them that the vaccine had been in widespread use by veterinarians when, in fact, it hadn't. At the end of the meeting LTC Martin asked if there were any rumors flying around. At this point the technician produced the email of the article. LTC Martin looked at the article and dismissed it as "Dingle propaganda".

    Probably the most telling situation arose during a technician meeting called by Col Burns. Basically we were told we were to get the anthrax shots. When someone brought up the fact that some pilots were not getting the shot, Col Burns made the comment "…words like traitor, and coward come to mind." He then went on to tell everyone in the room, "…if you refuse to take the shot, you'd better think about where you're going to continue to work." There was no grey area at that meeting.

    You can basically glean from the above comments the intent of the leadership at that time. I hope this answers any questions you might have had pertaining to these pilots and the environment they had to endure to do what's right. Thank you for your time.

Respectfully,

Scott D. Ashley

AR-0144TLR

AFBCMR                                                                 24 FEB 05

1535 Command Drive EE Wing 3rd Floor

Andrews AFB, MD 20762-7002

Subject: Statement for Major Tom Rempfer's USAF Corrections Board Case

To: USAF Board for Correction of Military Records

I submit the following declaration for your board, and swear that it is the truth, the whole truth and nothing but the truth, so help me God.

On the morning of 22 JAN 99, I received a phone message from Lt. Col. John Swift (118th Fighter Squadron Commander). He ordered me to report to the unit immediately and begin paperwork to out-process. I testified under oath as to these same facts at a State of Connecticut FOIA hearing in Hartford in the Summer of 2000.

In September 1998 during a monthly weekend drill, I had been summoned by the Wing leadership to explain why my name was no longer on the volunteer list for deployment to Kuwait. I had removed my name because the anthrax vaccine became mandatory for this deployment (even though the DoD policy did not require the inoculation). I was counseled by Col. Bob McCusker (103rd Operations Group Commander) that I should not talk to the media about what I had learned or was concerned about regarding the anthrax vaccine. I was told things would be "out of his hands" if I did. Based on that warning, I later suspected that speaking publicly about the anthrax vaccine resulted in my being ordered to resign.

I was removed from flight status (January 10, 1999) and put in a "holding pattern" until I completed out-processing in July 1999. During that time, I was approached on numerous occasions by Col. Dan Scace (103rd Vice Wing Commander) and badgered about how long it was taking me and others to leave the unit and that we needed to hurry up and get out. Col. Scace and Col. Burns conveyed a similar message to me in a meeting I attended with Tom Rempfer in the Wing Commander's office in February of 1999. We were told we had violated the 'service before self' core value of the USAF by talking publicly and that we needed to expedite our resignations. The concerns we posed about the safety of the vaccine were never addressed.

Just prior to being removed from flight status, I had been selected for and completed flight-lead upgrade training. I had been with the unit over 14 years (starting as an Airman Basic) and had every intention of remaining with the unit for as long as possible. After being ordered to leave, I considered flying with another unit but was told by the above mentioned officers that they would not recommend me for a flying position anywhere else. In the fighter squadron world, this is equivalent to a kiss of death. No unit would hire someone without the blessing of their previous unit. My career as a fighter pilot was over.

Your concern over this matter is appreciated beyond what I can express in words.

Thank you.

ENZO MARCHESE, Former Captain
Connecticut Air National Guard

AR-0145TLR