THE WHITE HOUSE

WASHINGTON

2001 APR 27 PM 3:54

OSD
WHITE HOUSE SECTION

April 25, 2001

MEMORANDUM FOR   PAUL WOLFOWITZ

FROM:   KARL ROVE

SUBJECT:   GULF WAR SYNDROME AND ANTHRAX

Here is material which has been sent to me by Ross Perot regarding the Gulf War Syndrome, as well as some material on the Anthrax vaccine problem.

He also offered me a packet of materials from the Lydon LaRouche crowd about Richard Armitage, but I turned him down.

I do think we need to examine the issues of both Gulf War Syndrome and the Anthrax vaccine and how they can be dealt with. They are political problems for us.

W00554 01

AR-0394TLR