DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

# INVESTIGATIONAL NEW DRUG APPLICATION (IND)
*(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)*

Form Approved: OMB No. 0910-0014.
Expiration Date: December 31, 1999
See OMB Statement on Reverse.

NOTE: No drug may be shipped or clinical investigation begun until an IND for that investigation is in effect (21 CFR 312.40).

1. NAME OF SPONSOR
BioPort Corporation

2. DATE OF SUBMISSION

3. ADDRESS *(Number, Street, City, State and Zip Code)*
3500 N. Martin Luther King, Jr. Boulevard
Lansing, MI 48906

4. TELEPHONE NUMBER *(Include Area Code)*
(517) 335-8540

5. NAME(S) OF DRUG *(Include all available names: Trade, Generic, Chemical, Code)*
Anthrax Vaccine Adsorbed

6. IND NUMBER *(If previously assigned)*
BB-IND 6847

7. INDICATION(S) *(Covered by this submission)*
Inhalation Anthrax

8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED:
☐ PHASE 1  ☐ PHASE 2  ☒ PHASE 3  ☐ OTHER _____ *(Specify)*

9. LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), DRUG MASTER FILES (21 CFR Part 314.420), AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION.
Establishment License #99    BB-IND 3723
DBS-IND 180
BB-MF 6052

**ARCHIVAL**

10. IND submission should be consecutively numbered. The initial IND should be numbered "Serial number: 000." The next submission (e.g., amendment, report, or correspondence) should be numbered "Serial Number: 001." Subsequent submissions should be numbered consecutively in the order in which they are submitted.

SERIAL NUMBER
009

11. THIS SUBMISSION CONTAINS THE FOLLOWING: *(Check all that apply)*
☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)      ☐ RESPONSE TO CLINICAL HOLD

PROTOCOL AMENDMENT(S):
☐ NEW PROTOCOL
☐ CHANGE IN PROTOCOL
☐ NEW INVESTIGATOR

INFORMATION AMENDMENT(S):
☐ CHEMISTRY/MICROBIOLOGY
☐ PHARMACOLOGY/TOXICOLOGY
☐ CLINICAL

IND SAFETY REPORT(S):
☐ INITIAL WRITTEN REPORT
☐ FOLLOW-UP TO A WRITTEN REPORT

☐ RESPONSE TO FDA REQUEST FOR INFORMATION       ☐ ANNUAL REPORT       ☐ GENERAL CORRESPONDENCE
☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN, INACTIVATED, TERMINATED OR DISCONTINUED     ☒ OTHER  Meeting Minutes, 15 December 1998  *(Specify)*

**CHECK ONLY IF APPLICABLE**

JUSTIFICATION STATEMENT MUST BE SUBMITTED WITH APPLICATION FOR ANY CHECKED BELOW. REFER TO THE CITED CFR SECTION FOR FURTHER INFORMATION.
☐ TREATMENT IND 21 CFR 312.35(b)  ☐ TREATMENT PROTOCOL 21 CFR 312.35(a)  ☐ CHARGE REQUEST/NOTIFICATION 21 CFR 312.7(d)

**FOR FDA USE ONLY**

CDR/DBIND/DGD RECEIPT STAMP: RECEIVED CBER/DCC

DDR RECEIPT STAMP

DIVISION ASSIGNMENT:

IND NUMBER ASSIGNED:

FORM FDA 1571 (1/97)     PREVIOUS EDITION IS OBSOLETE.     PAGE 1 OF 2

Created by Electronic Document Services/USDHHS: (301) 443-2454

| 12. | CONTENTS OF APPLICATION |
|---|---|
| | This application contains the following items: *(Check all that apply)* |

☑ 1. Form FDA 1571 *[21 CFR 312.23(a)(1)]*
☐ 2. Table of Contents *[21 CFR 312.23(a)(2)]*
☐ 3. Introductory statement *[21 CFR 312.23(a)(3)]*
☐ 4. General Investigational plan *[21 CFR 312.23(a)(3)]*
☐ 5. Investigator's brochure *[21 CFR 312.23(a)(5)]*
☐ 6. Protocol(s) *[21 CFR 312.23(a)(6)]*
   ☐ a. Study protocol(s) *[21 CFR 312.23(a)(6)]*
   ☐ b. Investigator data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572
   ☐ c. Facilities data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572
   ☐ d. Institutional Review Board data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572
☐ 7. Chemistry, manufacturing, and control data *[21 CFR 312.23(a)(7)]*
   ☐ Environmental assessment or claim for exclusion *[21 CFR 312.23(a)(7)(iv)(e)]*
☐ 8. Pharmacology and toxicology data *[21 CFR 312.23(a)(8)]*
☐ 9. Previous human experience *[21 CFR 312.23(a)(9)]*
☑ 10. Additional information *[21 CFR 312.23(a)(10)]*

13. IS ANY PART OF THE CLINICAL STUDY TO BE CONDUCTED BY A CONTRACT RESEARCH ORGANIZATION?   ☑ YES   ☐ NO

IF YES, WILL ANY SPONSOR OBLIGATIONS BE TRANSFERRED TO THE CONTRACT RESEARCH ORGANIZATION?   ☐ YES   ☑ NO

IF YES, ATTACH A STATEMENT CONTAINING THE NAME AND ADDRESS OF THE CONTRACT RESEARCH ORGANIZATION, IDENTIFICATION OF THE CLINICAL STUDY, AND A LISTING OF THE OBLIGATIONS TRANSFERRED.

14. NAME AND TITLE OF THE PERSON RESPONSIBLE FOR MONITORING THE CONDUCT AND PROGRESS OF THE CLINICAL INVESTIGATIONS

William R. Byrne, M.D. (Medical Monitor)
USAMRIID
Fort Detrick, MD 21702

Michael Oplinger, M.D. (Medical Monitor)
USAMRIID
Fort Detrick, MD 21702

15. NAME(S) AND TITLE(S) OF THE PERSON(S) RESPONSIBLE FOR REVIEW AND EVALUATION OF INFORMATION RELEVANT TO THE SAFETY OF THE DRUG

Phillip R. Pittman, M.D.
USAMRIID
Fort Detrick, MD 21702-5011

I agree not to begin clinical investigations until 30 days after FDA's receipt of the IND unless I receive earlier notification by FDA that the studies may begin. I also agree not to begin or continue clinical investigations covered by the IND if those studies are placed on clinical hold. I agree that an Institutional Review Board (IRB) that complies with the requirements set fourth in 21 CFR Part 56 will be responsible for initial and continuing review and approval of each of the studies in the proposed clinical investigation. I agree to conduct the investigation in accordance with all other applicable regulatory requirements.

| 16. NAME OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | 17. SIGNATURE OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE |
|---|---|
| Robert C. Myers, DVM | *[signature]* |

| 18. ADDRESS *(Number, Street, City, State and Zip Code)* | 19. TELEPHONE NUMBER *(Include Area Code)* | 20. DATE |
|---|---|---|
| BioPort Corporation<br>3500 N. Martin Luther King, Jr. Boulevard<br>Lansing, MI 48906 | (517) 335-8540<br>(517) 335-8120 | January 29, 1999 |

(WARNING: A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

Public reporting burden for this collection of information is estimated to average 100 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

DHHS Reports Clearance Officer
Paperwork Reduction Project 0910-0014
Hubert H. Humphrey Building, Room 531-H
200 Independence Avenue, S.W.
Washington, DC 20201

"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."

Please DO NOT RETURN this application to this address.

FORM FDA 1571 (1/97)   PAGE 2 OF 2

AR-0420TLR

# MEETING ATTENDANCE LIST

Meeting between __BioPort__ and the Center for Biologics Evaluation and Research.

DATE: 12-15-98   Time: 1:00   Room: 1A09, POW 29B

| NAME Please Print | AFFILIATION |
|---|---|
| Julianne Clifford | FDA/CBER/OVRR/DVRPA |
| Mike Gilbreath | DOD/JPOBD |
| Phillip R Pittman | USAMRIID |
| Louise Pitt | USAMRIID |
| Dominique Pifat | USAMRIID |
| Art Friedlander | " |
| Robert C. Myers | BioPort Corporation |
| Drusilla Burns | FDA/CBER/DBP |
| Gregory Bressue | SBCC/JPOBD |
| Mark Dertzbaugh | COTR/JPOBD |
| Kathleen Carr | HQ USAMRMC |
| Michael Schmitt | FDA/DBP |
| Bruce Meade | CBER/DBP |
| Judith Pace | USAMRIID |

419

AR-0421TLR