Borowski, LTC Bob

From: Cain, BG Eddie
Sent: Monday, May 03, 1999 6:34 PM
To: Borowski, LTC Bob
Subject: FW: Anthrax Vaccine

FYI

-----Original Message-----
From: Cain, BG Eddie
Sent: Monday, May 03, 1999 6:05 PM
To: Wade, COL John
Subject: RE: Anthrax Vaccine

Relax John, we should have all anticipated the media picking-up GAO's as oppose to DoD's "soundbites. I still believe we held our own & my people did a superb job getting me ready in such a short period of time. What's done is done; I think the key is to move forward. We keep talking about putting forth an aggressive showing, two key areas we came up flat were the GAO's assertion that #1, the anthrax vaccine licensed was NOT the one tested and # 2, how can DoD say that reported desert storm illnesses were not cause by the anthrax vaccine when we have no record of who received shots. If we can not answer these questions we (DoD & the Administration) are in big time trouble. I will work the BioPort oversight plan, but believe we are digging ourselve a hole that will be too difficult to crawl out off – if we provide anymore oversight, BioPort could technically be called a GOCOM organization. And if you think Congressman Shays was critical of the current relationship between FDA & DoD, wait until he finds out that DoD is calling all the shots onsight.

-----Original Message-----
From: John V. Wade [mailto:WADEJV@acq.osd.mil]
Sent: Monday, May 03, 1999 2:54 PM
To: Cain, BG Eddie; fanelliw@jpobd.osd.mil; gilbreathm@jpobd.osd.mil
Cc: Stanley H Lillie
Subject: Anthrax Vaccine

General Cain,
Just came from meeting with Mr. Oliver, Sue Bally, Pam Berkowsky, Fred Gerber, and reps from LA, OGC, USD(P&R) regarding the Shay's Hearing and follow-on actions. HA worked late into Friday evening, this was the follow-on. The feeling was that while FDA started strong and ended strong, GAO carried the day during the questioning. As a result of this there will likely be a "single OSD point of contact for Anthrax" assigned. SECDEF will be calling either FDA or HHS with the message "we (DoD/FDA) didn't do to well on this one" requesting that they write to Shays, as will DoD (HA lead). Lots of questions regarding how we were "unprepared to answer/counter GAO's testimony." There will also, most likely be a letter to GAO discussing our displeasure with the "expertise" put on this project.

Here's the web page I mentioned – doesn't paint a pretty picture:

http://more.abcnews.go.com/sections/us/DailyNews/anthrax990429.html

I understand that there was also an interview in the Hartford Connecticut Chronical (see e-bird last Wed).

Originally Mr. Oliver wanted to "Murder Board" you on AVA tomorrow; later the tasking evolved into a "very tight" point paper by Friday outlining JPO-BD's plan for oversight of BioPort. He also wants a "cradle-to-grave" review of how we got to the current contract.

Please chat this up with Bob, Mike, and Winnie and give me a call in the morning – we'll need to attack this very aggressively. Also, you know Mr. Oliver's style – be ready for additional com's from any imaginable quadrant (suspect he'll be on the phone to LTG's Blanck and Kern).

1

256

**Borowski, LTC Bob**

From: Cain, BG Eddie
Sent: Tuesday, May 04, 1999 11:08 AM
To: Borowski, LTC Bob
Subject: FW: Antrax Serum Hearing Response

Bob, our piece is tied to Dr. Bailey's response. What are going to do in the future.

-----Original Message-----
From: John V. Wade [mailto:WADEJV@acq.osd.mil]
Sent: Tuesday, May 04, 1999 10:47 AM
To: Cain, BG Eddie
Subject: Antrax Serum Hearing Response

Sir, As Primised
------- Forwarded by John V. Wade on 5/4/1999 10:47:18 -------

From: David R. Oliver on 05/04/99 07:05

To: "Sue Bailey" <Sue.Bailey@ha.osd.mil>
cc: "Rudy deLeon" <deLeonR@pr.osd.mil>
    John V. Wade/NCB/OUSD_AT@OUSD_AT
    "Phebe Novakovic" <Novakovic.Phebe@osd.pentagon.mil>
    Jacques S. Gansler/USD/OUSD_AT@OUSD_AT
    "Charles Cragin" <ccragin@ra.osd.mil>
    "John Veroneau" <Veroneau_John@osd.pentagon.mil>@OUSD_AT
    "Mike Doubleday" <mike.doubleday@osd.pentagon.mil>
    "Ken Bacon" <Ken.Bacon@osd.pentagon.mil>
    jay.davis@dtra.mil@OUSD_AT
    Hans Mark/DRE/OUSD_AT@OUSD_AT
Subject: Antrax Serum Hearing Response

I talked to Rudy late last night. He recommends the following plan:

1. A letter signed by the JCS which definiates:
   What is the threat?
   Why do we want the vaccine? and
   What are we going to do in the future?

(Dr. Bailey, assume you have this working).

2. Discussing with Senator Allard if he will hold his own hearing, asking MGs Ron Parker or Ron Blank to testify on the subject.

(Assume we will wait for Rudy's return to coordinate.)

3. Rudy will also work Congressman Shays, whom he believes is still open-minded, upon his return.

Rudy will call the DepSecDef this afternoon after 2PM our time.

Dr. Bailey, will you pls forward this to those who need to be involved?

Dave

1

257

AR-0259TLR

I will talk with Bob Myers today. If I don't get a clear signal that this is MBPI's top priority, I plan to request Bob Myers to both send a letter to you addressing the issue, and request that he come to the JPO to present how he expects to resolve the situation, including a strict time schedule.

_____ Reply Separator _____
Subject: Re: Suspension of Supplemental Testing
Author: BG John Doesburg at JPOND_FLOCHRCH
Date: 5/5/98 5:44 PM

Any resolution yet on this?

BG Doesburg

_____ Reply Separator _____
Subject: Suspension of Supplemental Testing
Author: Michael Gilbreath at JPOBD_FLBCHRCH
Date: 5/5/98 8:00 AM

It never ends!!!

_____ Forward Header _____
Subject: Suspension of Supplemental Testing
Author: <joe_little_at_usamrmc__ftdetrck@ftdetruk-ccmail.army.mil> at InternetMail
Date: 5/5/98 7:43 AM

Mike:

Had a voice mail this morning from Tim Wibert with a message that Tony Luttrell wants to suspend any further potency testing under the supplemental testing program because the results continue to be all over the board and then must be reported to the FDA. He would like to do some experiments first to resolve the control lot problem and then proceed to complete the testing.

There currently is 826,790 doses ready for shipment at MBPI. I have no idea at this point how long this experimentation would take and how it would affect the schedule for completing the supplemental testing. I will get that from Tim as soon as possible.

Do you want to pursue this strategy or are there some questions you would like to ask of MBPI?

Joe L.



258

AR-0260TLR

Author: <keaves@mail52.mitretek.org (Kathleen L. Eaves) > at InternetMail
Date:    5/6/98  7:23 AM
Priority: Normal
TO: Michael Gilbreath at JPOBD_FLSCHFCH,
    WILLIAM.B.LEHBERS.III@opmx.salo.com at InternetMail
CC: rclerman@mail50.mitretek.org (Robert J. Clerman) at InternetMail,
    btaylor@mail52.mitretek.org (Robert D. Taylor) at InternetMail,
    bsmith@mail50.mitretek.org (Brant E. Smith) at InternetMail,
    keaves@mail52.mitretek.org (Kathleen L. Eaves) at InternetMail
Subject: MBPI Potency Testing

Mike -

Yesterday, Brant Smith was told that MBPI has suspended potency testing until they can investigate the effect of the sex of the guinea pigs and of bedding types on the test results. Tony Luttrall and Bob Myers seem to think that these two variables might have caused the erratic results for the control vaccine.

The experimental plan and schedule are to be discussed at a meeting at MBPI at 1530 today. Brant has been invited to, and will attend, this meeting.

If MBPI performs these experiments, do you want us to oversee them? Since the results of the experiments directly impact the DoD testing, our oversight would fall within the scope of the audit and oversight portions of our task. We were already planning on being in Michigan for the supplemental testing, so this won't be a problem for us.

Last night, Brant and I discussed several technical concerns with this course of action by MBPI. Brant will ask our questions today at the meeting. Once we have a better definition of MBPI's thoughts and approach, we will let you know what concerns we have that are not addressed. A major question we have is whether all of the previous potency testing that used lot FAV029 as the control vaccine should be considered suspect or invalid.

I'll let you know what else I find out.

Kathy

259

AR-0261TLR

**Borowski, LTC Bob**

| | |
|---|---|
| From: | Cain, BG Eddie |
| Sent: | Friday, May 07, 1999 9:17 AM |
| To: | Borowski, LTC Bob; Fanelli, Winifrede |
| Subject: | FW: Antrax Facility -- Bioport |

I want to be able to give Mr Oliver a full laydown NLT COB 10 May. Block out your calendar for Monday to work this issue. I want to also give Mr. Hoeper a pre-brief.

-----Original Message-----
From: David R. Oliver [mailto:OLIVERDR@acq.osd.mil]
Sent: Friday, April 30, 1999 11:13 AM
To: John V. Wade; caine@jpobd.osd.mil
Cc: Rudy deLeon; Hans Mark; Jacques S. Gansler; Phebe Novakovic; Bernard Rostker; hoeperp@sarda.army.mil; jay.davis@dtra.mil; Sue Bailey
Subject: Antrax Facility -- Bioport


I visited BioPort in Lansing this last week to review how it was doing under private ownership. I believe it is in materially better condition than when it was being operated by the State. There are two issues I would like to have resolved:

   1. The same contractor (SAIC) is providing employees to BioPort, and also serving the joint program office as advisors. I think this is a clear conflict of interest. I understand BioPort wants to maintain SAIC. I would like the program office to get another contractor to advise the Government as soon as possible. Pls advise me when this will be done by 10 May.

   2. I believe that this is a process which should have the same controls, attention to details and process as other exacting businesses, such as the nuclear power industry. Thus, I believe JPO should have someone on premises all the time who is making daily reviews for the Government, reporting to the JPO, and sharing the results of those with the contractor. Can you do? If not, why not? By 10 May pls.

        Thank you,
        Dave

1

260

AR-0262TLR

Borowski, LTC Bob

From: debbie.walls@DTRA.MIL
Sent: Wednesday, July 07, 1999 2:28 PM
To: Borowskib@jpobd.osd.mil
Cc: Carmen.Spencer@DTRA.MIL
Subject: RE: Anthrax Vaccine

LTC Borowski:
I understand all of your requirements.
1 - I wasn't sure anyone received my e-mails.
2 - A simple note or phone call stating that the questions were in your hopper would give me enough to slow roll Maurice Mizrahi for a couple of days. I didn't think you were stone-walling (or deliberately ignoring the requirement) I wasn't sure if it was even on your radar screen.

Since the PRG is 15 July and Maurice would like an answer as soon as possible, do you have a new completion date I can pass on to him?

DW

-----Original Message-----
From: Borowski, LTC Bob [mailto:Borowskib@jpobd.osd.mil]
Sent: Wednesday, July 07, 1999 11:07 AM
To: 'debbie.walls@DTRA.MIL'
Cc: Fanelli,Winifrede; Gilbreath, Dr. Michael; Balady, Dr. Mike; Medaglia, Steven; Siegel, Steve; Lachenmayer, Carl
Subject: RE: Anthrax Vaccine

Debbie:

We're not stone-walling you on these questions; the truth of the matter is we're spending 12 to 14 hour days here at the JPO-BD trying to keep BioPort open. In addition, we had to prepare for Mr. Oliver's testimony on June 30th before a Congressional subcommittee. And, on top of that, Congressman Shays has asked for all our records (e-mail, letters, memoranda, spreadsheets, etc.) concerning the anthrax vaccine since February of this year. Plus, we're answering questions from Congressmen, GAO, DoD officials, the press, etc. on all aspects of the anthrax vaccine procurement program. And, we're doing all of this with a small staff. So, we're asking everyone for a little patience as we work through all of these crises.

Bob Borowski

---

LTC Robert S. Borowski, Ph.D.
Deputy Program Manager for Medical Systems
Joint Program Office for Biological Defense
5201 Leesburg Pike, Skyline #3, Suite 1200
Falls Church, VA 22041-3203

Phone: 703-681-3467 (DSN 761-3467)
FAX: 703-681-3454
E-Mail: borowskib@jpobd.osd.mil

---

-----Original Message-----
From: debbie.walls@DTRA.MIL [mailto:debbie.walls@DTRA.MIL]
Sent: Wednesday, July 07, 1999 7:51 AM
To: rossmc@acq.osd.mil; michelle.ross@DTRA.MIL
Cc: wadejv@acq.osd.mil; Fanelliw@JPOBD.OSD.MIL; Baladym@JPOBD.OSD.MIL; Davidb@JPOBD.OSD.MIL; borowskib@JPOBD.OSD.MIL
Subject: FW: Anthrax Vaccine

LTC Ross:
I am still waiting on the answers to these questions. Can you assist?

1

## Gilbreath, Dr. Michael

| | |
|---|---|
| From: | Michael Gilbreath at JPOBD_FLSCHRCH |
| Sent: | Wednesday, September 16, 1998 6:35 AM |
| To: | "Kathleen Eaves" <keaves@mitretek.org> at InternetMail; Lebherzw@US-Frederick.mail.SAIC.com at InternetMail; Joe Little at InternetMail |
| Subject: | Re: Lot completion |

Kathy,

Needless to say, I am extremely cnerned about the supplemental testing not working out. Can you provide me more information, because I am prepared to call Bob Myers to emphasize the importance getting the supplemental testing done correctly. I will also need information to give to Joe Little or contracting officer so he can officially notify BioPort of DOD's displeasure.

Is it likely that any lot or lots will successfully pass supplemental testing this week or next?

Mike

_____ Reply Separator _____
Subject: Lot completion
Author: "Kathleen Eaves" <keaves@mitretek.org> at InternetMail
Date:   9/15/98 4:46 PM

Hi, Mike.

I got your message asking about lot completion dates. I have requested that information from the folks at BioPort and I'll let you know as soon as I have it. We have another set of tests that are invalid because of the reference vaccine - that makes six lots that need to be retested. I haven't ret with BioPort yet on the retesting - the second set of three just .validated today.

If you have any other questions, feel free to call me in Lansing 517-335-8140 or leave me a message at the office.

Kathy

RFC822.TXT

1

000178

262

AR-0264TLR

## Gilbreath, Dr. Michael

**From:** Michael Gilbreath at JPOBD_FLSCHRCH
**Sent:** Wednesday, September 16, 1998 7:48 AM
**To:** Joe Little at InternetMail; Dan Signore at InternetMail; Mark Dertzbaugh at InternetMail; LTC Bob Borowski; keaves@mitretek.org at InternetMail; Lebherzw@US-Frederick.mail.SAIC.com at InternetMail
**Subject:** supplemental testing

Joe,

Please review the language on the contract for MBPI/BioPort related to the supplemental testing that address adherence to the testing schedule.

1. Is there any language that deals with failure of tests and whether or not we pay for failed tests?

2. How does the contract address repeat of tests?

According to a test schedule I have 23 lots were to have been started on or before 8-11-98. The schedule may have change slightly, but the fact is we currently only have 6 lots that have passed supplemental testing. Supplemental testing is suppose to be completed by Nov 98. This has been briefed at the highest level in DOD.

I need to establish what the hell is going on, and when testing is going to be completed. I need to know what the facts are related to the various lots and I need to know it soon.

Let's start thinking about getting an official letter from you off to BioPort headquarters in the next week that incorporates all the current information we can get from Mitretek and the SAIC audit team that is at BioPort today, so we can emphasize to BioPort that DOD need factual information on the amount of vaccine available now and in the near future.

Mike

1

000179

263

AR-0265TLR

Gilbreath, Dr. Michael

From: "Lebherz William B" <WILLIAM.B.LEBHERZ.III@cpmx.saic.com>
Sent: Tuesday, May 05, 1998 9:56 AM
To: Michael Gilbreath
Cc: "Joe Little (E-mail)" <joe_little@ftdetrck-ccmail.army.mil>
Subject: RE: Suspension of Supplemental Testing


RFC822.TXT

Just when you think you are beginning to get a handle on things!

Don and I are meeting with Tony Thursday morning. We will discuss
supplemental potency testing with him in depth and report back to you
with our assessment. We will focus on:
1)  His assessment of control lot performance
2)  His experimental plan and timeframe to improve control lot
performance
3)  MBPI's plan (timeline, strategy) for responding to FDA 483 issues
affecting 11 lots
4)  Comparing SAIC's AVA stockpile status with MBPI's (we still see
differences, even with MBPI's latest status update of 5/5/98) and
resolving discrepancies between them.
5)  Status of MBPI's request to FDA to change its approach to potency
testing (Bob Myers told Flo he expected a response from FDA by now, but
she has heard nothing as of this date).

FYI: In MBPI latest stockpile status update, Tony is showing a 10/15/98
resolution date for lots FAV040 - FAV044. Also, the spreadsheet now
shows FAV045 in the stockpile with 209,074 doses. This lot is subject to
the same distribution hold as FAV040 through FAV044 (estimated
resolution date of 10/15/98).

Based on our assessment, if it seems reasonable to recommend changes to
the supplemental potency test schedule, we will discuss these with you
first. I did confirm with Kathy Eaves that substituting one lot for
another on the potency test schedule (i.e., no change in schedule dates)
will have no impact on Mitretek.

If there is anything more we can do while at MBPI, please let me know.

Bill
> -----Original Message-----
> From:    Michael Gilbreath [SMTP:gilbreathm@jpobd.osd.mil]
> Sent:    Tuesday, May 05, 1998 9:01 AM
> To: Lebherzw@US-Frederick.mail.SAIC.com; borowskib@jpobd.osd.mil;
> doesburgj@jpobd.osd.mil;
> mark_dertzbaugh_at_usamriid5__ftdetrck@mail.jpobd.osd.mil;
> lachenmayerc@jpobd.osd.mil
> Subject:  Suspension of Supplemental Testing      WHAT CHANGES?
>
>       It never ends!!!
>
>
>
> _____ Forward Header _____
>
> Subject: Suspension of Supplemental Testing
> Author:  <joe_little_at_usamraal__ftdetrck@ftdetrck-ccmail.army.mil >
> at
  InternetMail
  Date:    5/5/98 7:43 AM

000021

CSJ 19 98 05 1513 JP0

; 1

264

AR-0266TLR

```
>
>
>
>     Mike:
>
>     Had a voice mail this morning from Tim Wibert with a message that
  Tony
>     Luttrell wants to suspend any furhter potency testing under the
>     supplemental testing program because the results continue to be
 all
>     over the board and then must be reported to the FDA.  He would
 like to
>     do some experiments first to resolve the control lot problem and
> then
>     proceed to complete the testing.
>
>     . There currently is 826,790 doses ready for shipment at MBPI.  I
> have no
>     idea at this point how long this experimentation would take and
> how it
>     would affect the schedule for completing the supplemental
> testing. I
>     will get that from Tim as soon as possible.
>
>     Do you want to pursue this strategy or are there some questions
> you
>     would like to ask of MBPI?
>
>     Joe L.
>
>
>
>
>  << File: RFC822.txt >>
```

*If we keep testing then we'll have to inform FDA!*

2

265