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
Doc # 040094

**Major Thomas L. Rempfer**
3811 Phelps Rd.; W. Suffield, CT 06093 — Home (860) 668-1512 — Cell 680-8452 — TRempfer@aol.com

Board for Correction of Air Force Records (BCMR)   July 21, 2001
SAF / MRBR
550-C Street West, Suite 40
Randolph AFB, TX 78150-4742

Dear BCMR representatives:

I respectfully submit the following supplemental inputs in accordance with AFI 36-2401 and AFP 36-2607. These supplemental inputs augment my original DD Form 149 (attach 1), requesting a correction of my military records.

I reaffirm that my case is very straightforward based on being wrongfully dismissed. Though the details are historically complex, the letter from my Congressman (attach 2) reflects the reality that anyone who is willing to look into the details concurs with my conclusions and goal for reinstatement.

Of particular concern in the present request, and supplemental data points, is that my Office Performance Report (OPR) be rectified and rewritten simply because it excluded the reasons for my dismissal, and the events that led up to my dismissal, despite my documented request for inclusion. These facts are documented in my supplemental inputs in this submission (and footnoted in attach 1).

My original application to the BCMR, as well as this supplemental submission, both support my contention that I was wrongfully dismissed from the CT Guard after being tasked by my commanders to review the Department of Defense (DoD) Anthrax Vaccine Immunization Program (AVIP) through a short notice investigative team called "Tiger Team Alpha." Our team's assessment of the program was that it was illegal. In accordance with my oath of office, I was obligated to refuse to comply with the mandate. Unfortunately, I was subsequently ordered to resign, following threats and disparagement from members of my chain of command, despite myriad unanswered legitimate questions regarding the legality of the mandate revealed during our inquiry.

The Wing Commander who formed our investigative panel was a federal military officer apparently acting outside the provisions of state and federal law. The commander's later admitted involvement in my dismissal, over what I believed was an illegal order, is central to my concerns, as well as the unprofessional and coerced nature of the dismissal, the lack of due process involved, and the subsequent public obfuscation of the true nature of my forced termination. These events have remained unresolved for almost six years despite my appeals through multiple state and federal venues.

For your information, I've previously submitted an application for reinstatement as well to the Governor of CT, John Rowland, in March 2004 in accordance with the Connecticut General Statutes (C.G.S.). Now former Governor Rowland's office promptly responded that the Adjutant General of the CT Guard would review and respond to my concerns. To date, I have not received a response from the Connecticut Military Department concerning my C.G.S. appeal, although my Congressman, Robert Simmons, did receive a negative reply to his inquiry (attach 2) about my case. That response (attach 3) did not address the substance of the concerns raised in my complaint. These letters, and more background data (attach 1), are each included with this submission to the BCMR, and also have been subsequently provided to the new CINC of the CT Guard, Governor M. Jodi Rell.

AR-0171TLR

The diligence in resubmitting this application to the BCMR is due to my training that requires military officers to address problems and not ignore them. From the outset of the anthrax vaccine dilemma, as I've detailed in my original submission to your board, as well as these supplemental data points, I've remained focused on resolving the legitimate questions originally posed by our investigative panel.

I continue to look to the BCMR to assist my family and me in resolving this ongoing unsettled state of affairs. I am available to your Board to answer any questions you may have and specifically request an audience to make further arguments as they surface in the upcoming weeks and months.

My specific goals for the BCMR continue to include:

1. Properly document my official Tiger Team Alpha duties for my commander on my OPR, as well as the fact that our findings about the investigational use of the vaccine were not reported.
2. Properly document the constructive nature of my dismissal based on the commander saying or implying that I was a "hard liner," a "traitor," and was "spooging America" if I did not leave.
3. Properly document and include that my commander admitted: an "official government position on some of their [Tiger Team Alpha's] issues does not exist," yet he requested my resignation.
4. Properly document and include in my revised OPR that our team questioned the efficacy of the vaccine against inhalation anthrax, as well as the legality of the mandate.
5. Properly include that the commander admitted data proving efficacy "doesn't exist," and that additional subordinate commanders precluded debate or discussion of this pivotal legal issue.
6. Properly include in my retroactively corrected OPR that federal court rulings ultimately verified our concerns about the mandate, and that I provided Tiger Team Alpha duties as OPR inputs.
7. Properly document that the CT Freedom of Information Commission subsequent confirmed that I was ordered to resign, and therefore, direct my reinstatement as a pilot in the CT ANG.
8. Direct lost pay, longevity, command pilot rating, and reinstatement to rank of LtCol, all IAW with CT laws that allow reinstatement at a rank that would have otherwise been obtained.

I re-contend that your board has the authority to take these actions on my behalf, partially due to the disturbing absence of official documentation in my OPR of events listed in the background information below, as well as in my previous submission. I reiterate that the normal three year BCMR deadline is clearly tolled by the recent federal court ruling, with subsequent rulings to follow in the near future as to the facts and law pertaining to the validity of the January 5, 2004 FDA re-licensing of the vaccine.

Due to the federal origins of the AVIP, your board is an appropriate level of jurisdiction for my requests, most importantly regarding the correction and proper documentation of the events in question in my OPR. I reiterate my request for an audience with your board during in my ongoing effort to secure an objective hearing in order to make my case as you justly adjudicate the issues related to my refusal to submit to the anthrax vaccine, my coerced resignation, and the resultant hostile and wrongfully constructed retaliatory dismissal.

Thank you for the time in reviewing, and your consideration of, my requests.

Very respectfully,

Major Thomas L. Rempfer

AR-0172TLR

170

