AIR FORCE BOARD FOR CORRECTION OF MILITARY RECORDS
1535 COMMAND DRIVE, EE WING THIRD FLOOR
ANDREWS AFB MD 20762-2002

8 Mar 2006

Dingle, Russell
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  USAFR    Lt Col
BC-2005-01103 BCMR CASE01

Case was:

    a. _____ Granted          c. _____ Admin Closed

    b. \_\_\_X\_\_\_\_ Denied

_____ Congressional interest is indicated in this case; therefore, a copy of the letter to the applicant regarding the decision of the Board is being forwarded to the Director of Legislative Liaison with a request that a copy of their final correspondence, with the interested parties, be furnished to this office:
Congressional Interest: _____

Enclosure(s):

    \_\_X\_\_ Master Personnel Records

    \_\_\_\_\_ Selection folder

    \_\_\_\_\_ Micro Fiche

    \_\_\_\_\_ VA Records

    \_\_\_\_\_ Medical Records

*Thomas Roach*
THOMAS ROACH
Administrative Assistant, AFBCMR
Air Force Review Boards Agency

AR0003RED



DEPARTMENT OF THE AIR FORCE
WASHINGTON DC

MAR - 8 2006

Office Of The Assistant Secretary

AFBCMR
1535 Command Drive
EE Wing, 3rd Floor
Andrews AFB MD 20762-7002

Lieutenant Colonel Russell E. Dingle
c/o Mr. Mark S. Zaid
71 Shaughnessy Drive
Washington, DC 20006

Dear Mr. Zaid

    Reference your client's application submitted under the provisions of AFI 36-2603 (Section 1552, 10 USC), AFBCMR Docket Number BC-2005-01103.

    After careful consideration of your client's application and his military records, the Board determined that the evidence you presented did not demonstrate the existence of material error or injustice. Accordingly, the Board denied your application.

    You have the right to submit newly discovered relevant evidence for consideration by the Board. In the absence of such additional evidence, a further review of your application is not possible.

    BY DIRECTION OF THE CHAIRMAN

RALPH J. PRETE
Chief Examiner
Air Force Board for Correction
of Military Records

Attachment:
Record of Board Proceedings

cc: Counsel

MAR - 8 2006

RECORD OF PROCEEDINGS
AIR FORCE BOARD FOR CORRECTION OF MILITARY RECORDS

IN THE MATTER OF:                   DOCKET NUMBER: BC-2005-01103
                                    INDEX CODE: 110.02

RUSSELL E. DINGLE                   COUNSEL: Mark S. Zaid

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                         HEARING DESIRED: NO

MANDATORY CASE COMPLETION DATE: 1 Oct 2006

---

APPLICANT REQUESTS THAT:

a. The Officer Performance Report he received while a member of Tiger Team Alpha be changed to reflect such membership.

b. His ordered/coerced discharge be documented as an illegal constructive termination.

c. He receive back pay and allowances, plus lost rank/promotion and points caused by the illegal constructive discharge.

---

APPLICANT CONTENDS THAT:

Officers cannot be ordered or coerced into resignation or transfer. The Anthrax Vaccination and Immunization Program (AVIP), which precipitated his discharge has been declared illegal — see Doe v. Rumsfeld, 297 F. Supp. 2d 119 (DC Cir. 2003 & 2004) wherein is stated "[T]his Court is persuaded that the Anthrax Vaccine Absorbed (AVA) is an investigational drug and a drug being used for unapproved purpose. As a result of this status, the DoD is in violation of 10 USC 1107, Executive Order 13139, and DoD Directive 6200.2." October 27, 2004 was the date of the federal court's permanent injunction under summary judgment, but it was just six years ago he was discharged from the Connecticut Air National Guard (CTANG).

Applicant's complete submission is at Exhibit A.

---

STATEMENT OF FACTS:

The applicant, a former fighter pilot with the CTANG, began his military career on 4 September 1981 in the Regular Air Force. He left the AF and joined the CTANG on 21 April 1989. He remained with the CTANG until 3 April 1999 when he transferred to the Air Force Reserve (AFR). On 21 March 2003, he applied for and was transferred to the Retired Reserve awaiting Reserve Retired pay

AR0005RED      3

at age 60. He retired in the grade of lieutenant colonel after having served 20 years, 4 months, and 11 days. On 4 September 2005, the applicant died.

AIR FORCE EVALUATION:

ANG/DPFO recommends denial. DPFO contends the applicant has attempted to substantiate his claim by referring to a previous AFBCMR case submitted for basically the same reason. However, the Board ultimately denied the former case on the grounds that an ongoing legal case dealing with the same anthrax issue (Doe vs. Rumsfeld) had yet to be decided one way or the other. The Board, in that earlier case, denied the case on those grounds but included a caveat in their final conclusion that should the applicant fail to realize relief through the courts then he was free to reapply to the AFBCMR.

DPFOC's complete evaluation, with attachment, is at Exhibit C.

APPLICANT'S REVIEW OF AIR FORCE EVALUATION:

A copy of the Air Force evaluation was forwarded to the applicant on 5 January 2006 for review and comment within 30 days. As of this date, this office has received no response.

THE BOARD CONCLUDES THAT:

1. The applicant has exhausted all remedies provided by existing law or regulations.

2. The application was not timely filed; however, it is in the interest of justice to excuse the failure to timely file.

3. Insufficient relevant evidence has been presented to demonstrate the existence of error or injustice. It should be noted, regarding his request to be reinstated in the Connecticut Air National Guard, that this Board lacks the authority to grant such relief. In regard to his request to change his OPR, an OPR is considered accurate as written and without rating chain support the Board is not inclined to change the report. Furthermore, applicant contends he was coerced into transferring from the Air National Guard to the Air Force Reserve for failure to participate in the Anthrax Vaccination Immunization Program (AVIP). The applicant's requests center primarily on his unwillingness to comply with the order and in support cites a recent court decision *Doe v. Rumsfeld*. In this regard, the Board notes the Chief, Administrative Law Division, states that *Doe v. Rumsfeld* is still being litigated. Therefore, it would not be

prudent for the Board to take any other action on this application until the litigation has been finalized.

---

THE BOARD DETERMINES THAT:

The applicant be notified that the evidence presented did not demonstrate the existence of material error or injustice; that the application was denied without a personal appearance; and that the application will only be reconsidered upon the submission of newly discovered relevant evidence not considered with this application.

---

The following members of the Board considered AFBCMR Docket Number BC-2005-01103 in Executive Session on 21 February 2006, under the provisions of AFI 36-2603:

    Mr. Thomas S. Markiewicz, Panel Chair
    Mr. Michael K. Gallogly, Member
    Mr. James W. Russell, III, Member

The following documentary evidence was considered:

    Exhibit A.  DD Form 149, dated 29 Mar 05.
    Exhibit B.  Applicant's Master Personnel Records.
    Exhibit C.  Letter, ANG/DPFOC, dated 4 Jan 05, w/atch.
    Exhibit D.  Letter, SAF/MRBR, dated 5 Jan 06.

                                        THOMAS MARKIEWICZ
                                        Panel Chair

APR - 1 2005    JJ       X      ARRIEGO ANG/DPP1       HH

BR

## APPLICATION FOR CORRECTION OF MILITARY RECORD
## UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552
*(Please read instructions on reverse side BEFORE completing this application.)*

Form Approved
OMB No. 0704-0003
Expires May 31, 2006

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0003). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.**

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 US Code 1552, EO 9397.

**ROUTINE USE(S):** None.

**PRINCIPAL PURPOSE:** To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

**DISCLOSURE:** Voluntary; however, failure to provide identifying information may impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

SCANNED

**1. APPLICANT DATA** *(The person whose record you are requesting to be corrected.)*

| a. BRANCH OF SERVICE (X one) | ARMY | NAVY | X | AIR FORCE | MARINE CORPS | COAST GUARD |
|---|---|---|---|---|---|---|

| b. NAME (Print - Last, First, Middle Initial) | c. PRESENT OR LAST PAY GRADE | d. SERVICE NUMBER (If applicable) | e. SSN |
|---|---|---|---|
| Dingle, Russell, E | O-5 | | 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 |

| 2. PRESENT STATUS WITH RESPECT TO THE ARMED SERVICES (Active Duty, Reserve, National Guard, Retired, Discharged, Deceased) | 3. TYPE OF DISCHARGE (If by court-martial, state the type of court.) | 4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY (YYYYMMDD) |
|---|---|---|
| Retired | Honorable | 19990404 (discharge from CT ANG) |

**5. I REQUEST THE FOLLOWING ERROR OR INJUSTICE IN THE RECORD BE CORRECTED:** *(Entry required)*
1. OPR corrected to document duties for Tiger-Team-Alpha, which led to my ordered discharge from the CT ANG.
2. Ordered / coerced discharge documented as illegal constructive termination.
3. Back pay and allowances, plus lost rank / promotion and points caused by illegal constructive discharge.

**6. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST FOR THE FOLLOWING REASONS:** *(Entry required)*
1. Officers cannot be ordered / coerced into resignation or transfer. 2. AVIP mandate, which precipitated my discharge has been declared illegal -- See: Doe v. Rumsfeld, 297 F. Supp. 2d 119 (D.C. Cir. 2003 & 2004): "[t]his Court is persuaded that AVA [anthrax vaccine] is an investigational drug and a drug being used for an unapproved purpose. As a result of this status, the DoD is in violation of 10 USC 1107, Executive Order 13139, and DoD Directive 6200.2."

**7. ORGANIZATION AND APPROXIMATE DATE (YYYYMMDD) AT THE TIME THE ALLEGED ERROR OR INJUSTICE IN THE RECORD OCCURRED** *(Entry required)*

**8. DISCOVERY OF ALLEGED ERROR OR INJUSTICE**

| a. DATE OF DISCOVERY (YYYYMMDD) | b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THE APPLICATION. |
|---|---|
| 20041027 | 20041027 was the date of federal court's permanent injunction under summary judgment, but it has been just under six years ago since my discharge from the CT ANG. |

**9. IN SUPPORT OF THIS APPLICATION, I SUBMIT AS EVIDENCE THE FOLLOWING ATTACHED DOCUMENTS:** *(If military documents or medical records are pertinent to your case, please send copies. If Veterans Affairs records are pertinent, give regional office location and claim number.)*
See: BCMR Case # 2004-00944,
Also see: Doe v. Rumsfeld, 297 F. Supp. 2d 119 (D.C. Cir. 2003 & 2004)

**10. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C.** *(At no expense to the Government) (X one)*

| YES. THE BOARD WILL DETERMINE IF WARRANTED. | NO. CONSIDER MY APPLICATION BASED ON RECORDS AND EVIDENCE. |
|---|---|

**11.a. COUNSEL** *(If any)* **NAME** *(Last, First, Middle Initial)* **and ADDRESS** *(Include ZIP Code)*
Mark S. Zaid, Esq.; Krieger & Zaid, PLLC
1747 Pennsylvania Avenue, N.W.; Suite 300
Washington, D.C. 20006

b. TELEPHONE (Include Area Code) (202) 454-2809
c. E-MAIL ADDRESS zaidms@aol.com
d. FAX NUMBER (Include Area Code) (202) 454-2805

**12. APPLICANT MUST SIGN IN ITEM 15 BELOW.** If the record in question is that of a deceased or incompetent person, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY THE APPLICATION. If the application is signed by other than the applicant, indicate the name *(print)* and relationship by marking one box below.

| SPOUSE | WIDOW | WIDOWER | NEXT OF KIN | LEGAL REPRESENTATIVE | OTHER (Specify) |
|---|---|---|---|---|---|

**13.a. COMPLETE CURRENT ADDRESS** *(Include ZIP Code)* **OF APPLICANT OR PERSON IN ITEM 12 ABOVE** *(Forward notification of all changes of address.)*
71 Shaughnessy Dr.
East Hartford CT 06118

b. TELEPHONE (Include Area Code) 860-568-8767
c. E-MAIL ADDRESS redingle@earthlink.net
d. FAX NUMBER (Include Area Code) same

**14. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM.** *(U.S. Code, Title 18, Sections 287 and 1001, provide that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

**CASE NUMBER** *(Do not write in this space.)*

**15. SIGNATURE** *(Applicant must sign here.)*
*/s/ Russell E. Dingle/*

**16. DATE SIGNED** (YYYYMMDD)
20050329

050103

DD FORM 149, FEB 2005        PREVIOUS EDITION IS OBSOLETE.

AR0008RED    A