01/04/2006 WED 10:14 FAX 240 857 1822 AFBCMR Admin >>> SAF/MRBR                                   ☒001/001
DEC. 22. 2005 11:48AM                                                                    NO. 1100—P. 2

MEMORANDUM FOR AFBCMR

FROM: ANG/DPFO
     1411 Jefferson Davis Highway
     Arlington, VA 22202-3231

SUBJECT: Application for Correction of Military Records – Dingle, Russell, 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

    The attached Application for Correction of Military Records submitted by Lt Col Russell Dingle, a former member of the Connecticut Air National Guard (CT ANG), is forwarded for your action. Lt Col Dingle claims that he was coerced to resign following his refusal to be vaccinated with the Anthrax vaccine (AVIP). He therefore requests correction of his OPR to reflect participation in "Tiger Team Alpha" which he alleges led to his ordered discharge from the Connecticut ANG. He further requests back pay, allowances and reinstatement of his rank as a Lieutenant Colonel. We recommend his request be denied.

    Background. In the fall of 1998, Lt Col Dingle alleges that he and several other officers were ordered to investigate the Department of Defense (DoD) Anthrax immunization program (AVIP) by his Wing Commander (Colonel Walter Burns). He claims this group of officers was called Tiger Team Alpha (TTA) whose mission was to make an independent determination as to the safety and legality of the DoD AVIP. Lt Col Dingle states that subsequent to presenting his opinion to Colonel Burns, he refused to accept an anthrax immunization, again, with several other officers. Following this refusal, he claims he was forced to resign from the CT ANG.

    Discussion. Lt Col Dingle attempts to substantiate his claim by referring to BCMR case number 2004-00944, Major Thomas L. Remfer, 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, as a precedent. Unfortunately, the Board ultimately denied relief to Major Remfer in their 25 April 2005 memo. In the absence of any additional justification, we have no choice but to recommend relief be denied in this case for the reasons cited in our advisory on the case pertaining to Major Remfer (Attached).

    Questions should be directed to the undersigned, ANG/DPFO, DSN 327-0901.

                                                  LORI L. COSTELLO, SMSGT, USAF
                                                  Superintendent, Customer Support

Attachment:
Our 18 Oct 04 Memo, Application for Correction of Military Records – Rempher, Thomas L.

Received Time Jan. 4. 9:09AM

AR0010RED

MEMORANDUM FOR AFBCMR

FROM: ANG/DPP
1411 Jefferson Davis Highway
Arlington, VA 22202-3231

SUBJECT: Application for Correction of Military Records -
Rempfer, Thomas L., 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

    The attached Application for Correction of Military Records submitted by Major Thomas L. Rempfer, a former member of the Connecticut Air National Guard (CT ANG), is forwarded for your action. Major Rempfer states that he was coerced to resign following his refusal to be vaccinated with the Anthrax vaccine (AVIP). He therefore requests reinstatement in the CT ANG, retroactive pay, allowances and promotion(s), as appropriate. This headquarters recommends his request be denied.

    Background. In the fall of 1998, Major Rempfer alleges that he was ordered by his Wing Commander (Colonel Walter Burns), along with several other officers in the 103rd Fighter Wing (FW), to investigate the Department of Defense (DoD) Anthrax immunization program (AVIP). Major Rempfer claims this group of officers was called by Tiger Team Alpha (TTA), and this team independently determined the DoD AVIP was illegal and unsafe. Major Rempfer states that subsequent to presenting his opinion to Colonel Burns, he refused to accept an anthrax immunization, again, with several other officers. Following this refusal, Major Rempfer claims he was forced to resign from the CT ANG. There are several other peripheral issues mentioned in Major Rempfer's extensive package.

    Discussion. ANG/DPP has obtained an official legal review of this case (atch 1). Major Rempfer asserts that the order for him to accept the AVIP immunization was not a lawful order, based on a federal judge's 22 Dec 03 injunction upon the Department of Defense (DoD) to cease immunizing DoD employees (atch 2), and Senate Resolution 278 (atch 4). The injunction was pending the Food and Drug Administration's (FDA) release of a final report, which would determine the FDA's position as to the safety of the immunization program. The FDA's final report stated the immunization program was indeed safe and effective for its intended use and posed no threat to recipients of the

AR0011RED

AVIP. Therefore, the injunction was lifted on 7 Jan 04 (atch 3) and the AVIP immunization program continued as before the injunction.

Senate Resolution 278, dated 25 November 2003, *prior* to the district court injunction, is nothing more than a recommendation to the Secretary of Defense to *reconsider* the anthrax and smallpox immunization programs. This resolution is not a mandate or directive in nature. SR 278 was also published prior to the FDA report stating their confidence in the safety and effectiveness of the AVIP. Major Rempfer asserts that the injunction rendered all immunizations prior to the injunction, and the preceding orders to accept the AVIP, illegal and unlawful.
However, this is an arbitrary statement produced by an attorney representing six service members discharged for the same reason as Major Rempfer (atch 5). The lifting of the injunction with the absence of a statement as to whether or not the injunction is retroactive does not indicate that the injunction is legally retroactive by default. Indeed, if it were retroactive, such a statement would be present and specific. A statement by an attorney in a newspaper article shall not be taken as legal precedence, has no clear or detailed statutory basis, and therefore cannot influence DoD policy. This position has been coordinated with NGB/JAG.

Recommendation. Having reviewed all available documentation, it is the opinion of this Headquarters that Major Rempfer's request is denied.

Questions should be directed to the undersigned, ANG/DPP, DSN 327-2823.

CHRISTOPHER N. VANDENBERG, SMSGT, USAF
Superintendent, Policy & Legislative Initiatives

Attachments:
1. Legal Review
2. Injunction, 22 Dec 03
3. Stay of Injunction, 7 Jan 04
4. Senate Resolution 278, 25 Nov 03
5. Newspaper article

cc:
HQ ARPC/IGQ
SAF/MRBR

AR0012RED



**DEPARTMENT OF THE AIR FORCE**
REVIEW BOARDS OFFICE
RANDOLPH AIR FORCE BASE TEXAS

Office of the Assistant Secretary

5 Jan 06

SAF/MRBR
550 C Street West Suite 40
Randolph AFB TX 78150

MARK S ZAID
1747 Pennsylvania Ave Nw Ste 300
Washington DC 20006

Client: Dingle, Russell
Docket # BC-2005-01103

Dear Counsel/Representative

    The attached advisory opinion(s) was/were submitted to the Air Force Board for Correction of Military Records (AFBCMR) for consideration with your client's application for correction of military records, dated Mar 29, 2005. Copies are forwarded for your review and comments. **ALL FURTHER CORRESPONDENCE SHOULD BE SENT TO:**

    **AFBCMR
1535 COMMAND DRIVE EE WING 3RD FLOOR
ANDREWS AFB MD 20762-7002**

    The case will be held at Andrews AFB for 30 days from the date of this letter pending receipt of your comments. If you need more time to comment, you must ask that your client's case be temporarily withdrawn until such time as you are able to proceed. If no response is received, your client's appeal will be presented to the Board at the earliest practical date, based on the records and evidence available at that time.

    All records accompanying the appeal are available for review upon 24 hours advance notice to the AFBCMR, Monday through Friday, 9:00 am to 3:00 pm. Notice may be given by writing to the AFBCMR, or telephoning area code (240)857-3502.

    Please direct all questions and correspondence to the AFBCMR at Andrews AFB, Maryland and advise the Board of any changes in your client's status. As a minimum, include your client's social security/service number and AFBCMR Docket Number.

WILLIAM J. ANDERSON, GS-12, DAFC
Chief, Review Boards Office
Air Force Review Boards Agency

Attachment
Advisory Opinion(s)

FL-1A
18 May 05

AR0013RED



12 APR 1999

## FIELD GRADE OFFICER PERFORMANCE REPORT

### I. RATEE IDENTIFICATION DATA (Read AFI 36-2402 carefully before filling in any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| DINGLE, RUSSELL E. | 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 | MAJ (NONEAD) | 11F3B |

| 5. PERIOD OF REPORT | 6. NO. DAYS SUPERVISION | 7. REASON FOR REPORT |
|---|---|---|
| From: 20 Jan 98  Thru: 14 Dec 98 | 339 | CRO |

| 8. ORGANIZATION, COMMAND, LOCATION | 9. PAS CODE |
|---|---|
| 118 Fighter Squadron (ACC) Bradley ANG Base, East Granby, CT 06026-9309 (CTANG) | B71CFL3B |

### II. UNIT MISSION DESCRIPTION

To maintain a worldwide deployment capability and upon deployment, be prepared to employ in the tactical aviation role of Offensive Air Support to destroy enemy forces and facilities through the delivery of all types of tactical weapons system possessed.

### III. JOB DESCRIPTION

**1. DUTY TITLE:** FLIGHT COMMANDER

**2. KEY DUTIES, TASKS, AND RESPONSIBILITIES:** As Flight Commander supervises assigned squadron pilots in all aspects of their ground and flight training. Also provides regular input to squadron leadership regarding policy, hiring decisions, and training priorities. Combat Ready Instructor pilot in the A-10A aircraft. Plans, briefs, and leads multi-aircraft formations in complex Close Air Support (CAS), Battlefield Air Interdiction (BAI), and Air-to-Air combat scenarios. Instructs and supervises squadron pilots in highly demanding tasks including low level navigation and tactics, weapons employment, Combat Search and Rescue (CSAR) and air refueling. As Supervisor of Flying (SOF) oversees safe conduct of daily flying operations.

### IV. IMPACT ON MISSION ACCOMPLISHMENT

-Plans and leads complex Four-ship missions as Combat Search and Rescue (CSAR) Flight Lead
  --Coordinates and executes the most intensive and realistic flying training available in peacetime
  --Deployed to Savannah, GA to conduct extensive CSAR flying training with combined force assets
-Enhanced unit readiness by integrating pilots into flight through demanding ground and air instruction
  --Excellent monthly tactic briefings keep squadron pilots fully trained and updated on critical combat skills
  --Proven leadership and instruction ensures pilots receive realistic and demanding combat mission training
-Volunteered and served as Project Officer for a major unit deployment to the CRTC in Savannah, GA
  --Facilitated effective planning meetings which maintained focus on tasking and maximized efficiency
  --Outstanding leadership at the deployed location anticipated problems and greatly enhanced training

### V. PERFORMANCE FACTORS

| | DOES NOT MEET STANDARDS | MEETS STANDARDS |
|---|---|---|
| 1. Job Knowledge  Has knowledge required to perform duties effectively. Strives to improve knowledge. Applies knowledge to handle nonroutine situations. | ☐ | ☒ |
| 2. Leadership Skills  Sets and enforces standards. Motivates subordinates. Works well with others. Fosters teamwork. Displays initiative. Self-confident. Has respect and confidence of subordinates. Fair and consistent in evaluation of subordinates. | ☐ | ☒ |
| 3. Professional Qualities  Exhibits loyalty, discipline, dedication, integrity, honesty, and officership. Adheres to Air Force standards. Accepts personal responsibility. Is fair and objective. | ☐ | ☒ |
| 4. Organizational Skills  Plans, coordinates, schedules, and uses resources effectively. Schedules work for self and others equitably and effectively. Anticipates and solves problems. Meets suspenses. | ☐ | ☒ |
| 5. Judgement and Decisions  Makes timely and accurate decisions. Emphasizes logic in decision making. Retains composure in stressful situations. Recognizes opportunities and acts to take advantage of them. | ☐ | ☒ |
| 6. Communication Skills  Listens, speaks, and writes effectively. | ☐ | ☒ |

AF FORM 707A, OCT 95 (EF-V2) (PerFORM PRO)  PREVIOUS EDITION IS OBSOLETE.  CERTIFIED TRUE COPY

AR0014RED

12

### VI. RATER OVERALL ASSESSMENT

Major Dingle is an outstanding officer with exceptionally high standards of ethics and performance. His flying and instructing skills set the standard for others to match. His inputs at flight commander meetings are constructive and insightful. Major Dingle can envision the future and offer practical ideas for achieving it. He backs up his vision for the unit with detailed and productive work. He was the project officer for a major unit deployment to the CRTC in Savannah, GA for CSAR training. His planning meetings were detailed and focused, resulting in a flawlessly executed deployment with highly effective training. He is ready for increased responsibility. Major Dingle has made the difficult decision to transfer to inactive duty status. His devotion to duty is clearly evident during his transition as he continues to contribute to the success of our unit. I have every confidence that he will be a successful contributor in his future endeavors.

Last performance feedback was accomplished on: 26 Sep 98 *(consistent with the direction in AFI 36-2402.)*
*(If not accomplished, state the reason)*

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | DUTY TITLE | DATE |
|---|---|---|
| DANIEL L. PEABODY, LTC, CTANG<br>118 Fighter Squadron (ACC)<br>Bradley ANGB, East Granby, CT 06026 | Operations Officer<br>SSN: 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 | 28 Jan 99 |

### VII. ADDITIONAL RATER OVERALL ASSESSMENT  ☒ CONCUR  ☐ NONCONCUR

I fully concur with the rater's overall assessment. Major Dingle's continuing commitment to excellence contributes to the unit's success and combat capability. Major Dingle challenges the entire squadron on a daily basis to improve both as officers and pilots. We chose him as a Flight Commander due his impeccable leadership and communicative skills. He is definitely capable of increased responsibilities. As Major Dingle transitions into inactive status, his talents and reputation will have a lasting impact.

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | DUTY TITLE | DATE |
|---|---|---|
| JOHN P. SWIFT, LTC, CTANG<br>118 Fighter Squadron (ACC)<br>Bradley ANGB, East Granby, CT 06026 | Commander, 118 Fighter Squadron<br>SSN: 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 | 29 Jan 99 |

### VIII. REVIEWER  ☒ CONCUR  ☐ NONCONCUR

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | DUTY TITLE | DATE |
|---|---|---|
| WALTER L. BURNS, COL, USAF/CTANG<br>103 Fighter Wing (ACC)<br>Bradley ANGB, East Granby, CT 06026 | Wing Commander<br>SSN: 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 | 2 Feb 99 |

### Instructions

**All:** Recommendations must be based on performance and the potential based on that performance. Promotion recommendations are prohibited. Do not comment on completion of or enrollment in PME, advanced education, previous or anticipated promotion recommendations on AF Form 709, OER indorsement levels, family activities, marital status, race, sex, ethnic origin, age, or religion.

**Rater:** Focus your evaluation in Section IV on what the officer did, how well he or she did it and how the officer contributed to mission accomplishment. Write in concise "bullet" format. Your comments in Section VI may include recommendations for augmentation or assignment.

**Additional Rater:** Carefully review the rater's evaluation to ensure it is accurate, unbiased and uninflated. If you disagree, you may ask the rater to review his or her evaluation. You may not direct a change in the evaluation. If you still disagree with the rater, mark "NON-CONCUR" and explain. You may include recommendations for augmentation or assignment.

**Reviewer:** Carefully review the rater's and additional rater's ratings and comments. If their evaluations are accurate, unbiased and uninflated, mark the form "CONCUR" and sign the form. If you disagree with previous evaluators, you may ask them to review their evaluations. You may not direct them to change their appraisals. If you still disagree with the additional rater, mark "NONCONCUR" and explain in Section VIII. Do not use "NONCONCUR" simply to provide comments on the report.

### IX. ACQUISITION EXAMINER/AIR FORCE ADVISOR
*(Indicate applicable review by marking the appropriate box(es).)*

| | ACQUISITION EXAMINER *(if applicable)* | AIR FORCE ADVISOR *(if applicable)* |
|---|---|---|
| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | SIGNATURE | DATE |
| | | |

AF FORM 707A, OCT 95 *(REVERSE) (EF-V2) (PerFORM PRO)*