White Bill Civ SAF/MRBC

---

| | |
|---|---|
| From: | TRempfer@aol.com |
| Sent: | Friday, September 08, 2006 11:57 AM |
| To: | Prete Ralph J Civ SAF/MRBC; White Bill Civ SAF/MRBC |
| Cc: | Rempfer Thomas L Maj 15 RS/ANG |
| Subject: | Followup from Maj Rempfer for the BCMR to consider in its review of cases... |

Dear BCMR,

Subject: DC District Court hearing yesterday, 7 SEP 06, Re status of previous rulings

The conclusions of the Doe v. Rumsfeld hearing are central to my BCMR case, and that of LtCol Russell E. Dingle, confirming the basis for our reconsideration. From the bench the judge confirmed that his rulings stand, and that there will be no further clarification.

Manual for Courts-Martial (MCM) / UCMJ logic:

The Court's rulings confirmed the AVIP was illegal, as Servicemembers claimed in 1998.

Our Tiger Team claims, in particular, directly challenged the legality of the AVIP mandate.

Our illegality claim dates to 1998, mirrored the courts ruling, based in part on our research.

The MCM holds that patently illegal orders do not warrant an inference of lawfulness.

Tiger Team Alpha stripped the inference in 1998 with our research for our Commander.

The court confirmed the basis of our warnings with rulings in 2003 and 2004, upheld in 2006.

Disobeying the AVIP should not have been at the peril of the subordinate IAW with the MCM.

The MCM supports disobeying patently illegal orders that direct the commission of a crime.

The AVIP was illegal, a crime, patently so, based on the timely accuracy of our challenge.

If the definitive status of the rulings was in question, that question is now settled.

Adverse personnel actions over the AVIP were in conflict with the UCMJ and the MCM.

Our peril (ordered resignations) faced as subordinates was in conflict with the MCM /UCMJ.

Therefore, I respectfully request the BCMR act affirmatively in our cases.

V/R,

Maj. Tom Rempfer
860-680-8452

---

Click here: http://www.au.af.mil/au/awcgate/law/mcm.pdf
MANUAL FOR COURTS-MARTIAL UNITED STATES (2005) (implements UCMJ)
PART IV
PUNITIVE ARTICLES
14. Article 90—Assaulting or willfully disobeying superior commissioned officer

9/12/2006

AR-0024RED

7

c. Explanation.
(2) Disobeying superior commissioned officer.
(a) Lawfulness of the order.
(i) Inference of lawfulness. An order requiring the performance of a military duty or act may be inferred to be lawful and it is disobeyed at the peril of the subordinate. This inference does not apply to a patently illegal order, such as one that directs the commission of a crime.

AR-0025RED

9/12/2006