UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
THOMAS L. REMPFER, *et al.*,              )
                                          )
         Plaintiffs,                      )
                                          )   Civil Action No. 05-2350 (JR)
    v.                                    )
                                          )
UNITED STATES DEPARTMENT                  )
OF THE AIR FORCE BOARD FOR THE            )
CORRECTION OF MILITARY RECORDS, *et al.*, )
                                          )
         Defendants.                      )
_____)

### [proposed] ORDER

Upon consideration of plaintiffs' supplemental memorandum and the opposition thereto, it is, this _____ day of _____, 2007

ORDERED, that plaintiffs are hereby denied leave to file their supplemental memorandum; and it is

FURTHER ORDERED that plaintiffs' supplemental memorandum shall, accordingly, be stricken from the record.

_____
James Robertson
United States District Court Judge