UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 05-2350 (JR) |
| vs. | ) ) ) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE BOARD FOR THE CORRECTION OF MILITARY RECORDS, *et al.*, | ) ) ) ) ) ) |
| Defendants | ) |

## PLATINTIFF'S NOTICE OF RECENT AUTHORITY IN OPPOSITION TO ALL DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs hereby submit the following authority, *Doe v. Rumsfeld*, 501 F. Supp. 2d 186 (D.D.C. 2007), in Support of Plaintiffs' Opposition to All Defendants' Motion to Dismiss And/Or Strike, attached hereto as Exhibit A. The decision was rendered on August 21, 2007, by the Honorable Emmet G. Sullivan, Judge of the United States District Court, District of Columbia, and is relevant to the previous filings regarding the legality of the order to take the anthrax vaccine at the time Plaintiffs' Rempfer and Dingle refused to do so and on the issue of the legality and propriety of Defendant Air Force Board for the Correction of Military Records' decision to deny relief to Plaintiffs.

Plaintiffs have previously attempted to file this submission with limited argument as a Supplemental Response. That submission, filed with a Motion for Leave to File, was rejected through the Clerk and the ECF system as improper. In an attempt to remedy those defects, the Plaintiffs re-filed the submission, which has now been objected to by Defendants on procedural

grounds as improper or untimely.  In an effort to cure those defects, Plaintiffs now submit this Notice of Recent Authority for the Court's consideration.[1]

Dated: November 6, 2007

                                          Respectfully submitted,

                                                  /s/
                                     _____
                                     Dale F. Saran, Esquire
                                     MA Bar #654781
                                     2 Stenton Avenue
                                     Westerly, Rhode Island 02891
                                     (401) 322-5049
                                     dsaranusmc@msn.com

                                     Mark S. Zaid, Esq.
                                     D.C. Bar #440532
                                     Mark S. Zaid, P.C.
                                     1250 Connecticut Avenue, N.W.
                                     Suite 200
                                     Washington, D.C. 20036
                                     (202) 454-2809
                                     ZaidMS@aol.com

                                     *Attorneys for Plaintiffs*

---

[1] Plaintiffs understand the necessity for proper procedure, but we seem to have arrived at a place where the phrase "elevating form over substance" seems to have particular application.  Given the unique procedural nature of this case, Plaintiffs' prior submissions were intended only to clarify the same position that Plaintiffs have maintained all along in light of Judge Sullivan's ruling clarifying what *Doe v. Rumsfeld* means.