**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS L. REMPFER, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|   v. | Civil Action No. 05-2350 (JR) |
| | : |
| U.S. DEPARTMENT OF AIR FORCE | : |
| BOARD FOR CORRECTION OF MILITARY | : |
| RECORDS, *et al.*, | : |
| | : |
|     Defendants. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, the defendants' motion to dismiss [Dkt. 11] is **granted in part** and **denied in part**.

It is **ORDERED** that plaintiffs' claims for constructive discharge and compensatory relief be remanded to the Air Force Board for Correction of Military Records for decisions on the merits.

                                      JAMES ROBERTSON
                        United States District Judge